# EXHIBIT 1



**BALD KNOLL QUIET TITLE ROADS**

〰 U.S Highway 89
★ BALD KNOLL QT STOP LOCATIONS
〜 Title V Roads
〜 BALD KNOLL QT ROADS
▢ Wilderness Study Areas

**Kane Land Ownership**
**DESIG**

- BLM
- Bryce Canyon National Park
- Coral Pink Sand Dunes
- Dixie National Forest
- Grand Staircase Escalante National
- Kodachrome Basin
- National Recreation Area
- Parks and Recreation
- Private
- State Sovereign Land
- State Trust Land
- Wilderness
- Wildlife Reserve/Management Area
- Zion National Park