# EXHIBIT 2

| | |
|---|---|
| HOLLAND & HART LLP<br>Shawn T. Welch (#7113)<br>Richard D. Flint (#7525)<br>Sydney J. Sell (#17313)<br>B. Ryder Seamons (#19681)<br>222 S. Main Street, Suite 2200<br>Salt Lake City, Utah 84101<br>Telephone: (801) 799-5800<br>stwelch@hollandhart.com<br>rdflint@hollandhart.com<br>sjsell@hollandhart.com<br>brseamons@hollandhart.com | Kathy A.F. Davis (#4022)<br>K. Tess Davis (#15831)<br>ASSISTANT ATTORNEYS GENERAL<br>Derek Brown (#10476)<br>UTAH ATTORNEY GENERAL<br>1594 W. North Temple, 3rd Floor<br>Salt Lake City, Utah 84116<br>Telephone: (801) 537-9801<br>kathydavis@agutah.gov<br>kaitlindavis@agutah.gov<br><br>*Attorneys for Plaintiff State of Utah* |

Jeffrey Stott (#14344)
Kane County Attorney
76 N. Main Street
Kanab, Utah 84741
Telephone: (435) 644-5278
jstott@kane.utah.gov

*Attorneys for Plaintiff Kane County, Utah*

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, SOUTHERN REGION OF THE CENTRAL DIVISION**

| | |
|---|---|
| KANE COUNTY, UTAH, a Utah political subdivision, and the STATE OF UTAH,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | **DECLARATION OF<br>BERT HARRIS**<br><br>Case No. 4:25-cv-00090 DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

I, Bert Harris, declare as follows:

1. I am over twenty-one (21) years of age and have personal knowledge of the matters stated in this declaration and am competent to make this declaration.

2. I have lived in Kane County, Utah ("Kane County" or the "County") for my entire

life, except for four years when I attended school and went on a service mission.

   3.  I have worked for the Kane County Road Department since 1991. I was first hired as a weed sprayer and road worker. Around 2000, I became the lead operator within the Department. In 2006, I became the Road Maintenance Director, and I still hold that position today.

   4.  I have been directly involved in Kane County road and transportation matters since approximately 1991, when I began working for the Road Department. Through this work, I became familiar with the K1100 Hancock Road. Over the years, I have conducted various forms of maintenance and repairs on the Hancock Road, I have plowed snow off the road, and I have traveled it often. As part of my duties as the Director, any time my department learns of issues with the road that may pose safety risks to the public, we act as promptly as possible to get it fixed.

   5.  The Hancock Road is located in western Kane County. It begins at its intersection with the K1000 Sand Dunes Road in Section 9, Township 43 South, Range 8 West, S.L.M., and proceeds northeasterly approximately 9.5 miles to where it ends at an intersection with Highway 89 in Section 19, Township 42 South, Range 6 West, S.L.M.

   6.  When I first started working for the County, the Hancock Road was a two-lane gravel road. Prior to 1996, the County chip sealed the Hancock Road and it remains a chip sealed road.

   7.  On February 1, 2026, I traveled the Hancock Road and took a number of photographs that I reference throughout this declaration.

   8.  The photograph below shows the Hancock Road at its intersection with the K1000 Sand Dunes Road. As shown, Kane County clears the vegetation back from the sides of the

Hancock Road, for the purpose of public safety, and has a posted speed limit of 45 miles per hour. There is an underground utility junction box on the right side of the road and the Moquith Mountain WSA is on the right side of the road for approximately the first three miles of the Hancock Road. Also along the right side of the Hancock Road, you can see sections of road that have been repaired with hot patch asphalt.



9.     As shown in the photographs below, Kane County has installed a cattleguard and has brushed back the vegetation along the road. Additionally, you can see edges of the Hancock Road that Kane County has repaired with hot patch asphalt.



10. Kane County installed a 60" culvert and drainage runouts on the Hancock Road, which are shown in the photographs below.



11. Kane County has also constructed substantial shoulders and vertical realignments to provide a safe traveling grade. The following photographs are of the Hancock Road at its eastern section and where it intersects with Highway 89.

4



12. I have been directly and indirectly involved in road and transportation matters pertaining specifically to the Hancock Road since approximately 1992. My first recollection of working on the Hancock Road was in 1992. Part of my job duties involve plowing snow from the entirety of the Hancock Road.

13. Chip seal with sand as a base—like a lot of the Hancock Road— has a tendency to break off the edges of the road. This occurs when vehicles travel on the outer edges of the road; for example, when two vehicles pass one another and swing out wide. The edge of the chip seal has a tendency to crumble under the weight of a vehicle. In the photo below, you can see where the edge of the chip sealed road has crumbled away and where we have had to repair it by adding asphalt.



14.     Chip seal has to be repaired and maintained more often than asphalt pavement. Ideally, a new layer of chip seal should be added to the road every 5-7 years to maintain the integrity and thickness of the travel surface. Although asphalt is preferable to chip seal, it is also much more expensive. Thus, asphalt is not always an option for Kane County.

15.     Over the years, I have helped repair and maintain the Hancock Road. As mentioned above, part of the maintenance that we undertake is clearing brush back from the sides of the road. We do this for several reasons, all related to safety. A primary reason is for visibility. If brush exists too close to the road, travelers cannot see wildlife, like deer, or open range cattle. During the winter months, deer move south and congregate in the wooded and brush areas on either side of the Hancock Road. Keeping the vegetation mowed down and brushed back off the road provides travelers with greater ability to avoid colliding with deer or livestock crossing the road. It also helps drivers see one another around curves in the road. In the photos

below, you can see the vegetation brushed back from each side of the Hancock Road.



16.     I am also personally familiar with Indian Canyon, Hell Dive Canyon, and Water Canyon. These areas are not adjacent to the Hancock Road, but are accessed by traveling the Sand Springs Road for over two miles south from the Hancock Road. The Sand Springs Road intersection with the Hancock Road is shown in the following photograph.



7

17. As a County, we try to be proactive and prepared for changes in traffic and road use so that we can ensure our roads are capable of adequately handling traffic and will keep road users safe.

18. The County presently does not have any plans or the funding to upgrade or improve the Hancock Road. Rather, the County will merely continue with its historical maintenance and repair work on the road.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 6th day of February, 2026.

          */s/ Bert Harris*
          Bert Harris