Stephen H.M. Bloch (#7813)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, Utah 84111
Telephone: (801) 486-3161
Facsimile: (801) 486-4233
steve@suwa.org

*Attorney for Proposed Defendant-Intervenor*
*Southern Utah Wilderness Alliance*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| **KANE COUNTY (6), UTAH**, a political subdivision, and the **STATE OF UTAH**,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA**,<br>          Defendant, and<br><br>**SOUTHERN UTAH WILDERNESS ALLIANCE**,<br>          Proposed Intervenor-Defendant. | **NOTICE OF APPEARANCE**<br><br>Case Nos. 4:25cv-00090-DN-PK<br><br>Judge David Nuffer<br><br>Magistrate Judge Paul Kohler |

Notice is hereby given of entry of the undersigned as counsel for Proposed Defendant-Intervenor Southern Utah Wilderness Alliance in the above-captioned action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other materials relevant to this action should be directed to and served upon:

Stephen H.M. Bloch
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111
steve@suwa.org

February 11, 2026

/s/ Stephen Bloch

Stephen Bloch

*Attorney for Proposed Defendant-Intervenor*
*Southern Utah Wilderness Alliance*