ADAM R. F. GUSTAFSON, Principal Deputy Assistant Attorney General
JOSEPH H. KIM, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0207

Attorneys for Defendant United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KANE COUNTY, UTAH (6), a Utah political subdivision; and STATE OF UTAH, | **DEFENDANT UNITED STATES' STATUS REPORT** |
| Plaintiffs, | Case No. 4:25-cv-00090-DN-PK |
| v. | |
| UNITED STATES OF AMERICA, | Judge David Nuffer Magistrate Judge Paul Kohler |
| Defendant, | |
| and | |
| SOUTHERN UTAH WILDERNESS ALLIANCE, | |
| Proposed Intervenor-Defendant. | |

Pursuant to this Court's Order dated April 21, 2026, Dkt. No. 32, the United States files this status report on the possibility of a disclaimer in this case.

As noted in the Court's Order, the parties in the related *Kane (5)* case were able to resolve Plaintiffs' claim through a partial disclaimer of interest and a voluntary dismissal of any remaining claim. *See* Order, Dkt. No. 32 at 2; *Kane (5)*, Dkt. Nos. 51 and 74. In this case, the claim for Hancock Road is in a similar posture as the claim in *Kane (5)*. The United States is

exploring internally and with Plaintiffs the possibility of resolving the claim to Hancock Road in a similar manner.  The United States requests that the Court allow it to file another status report in four weeks.

As also noted in the Order and an earlier joint status report, the United States is also exploring internally and with Plaintiffs the possibility of resolving a second claim in this case (Cave Lakes K1070 Road) using a disclaimer.  *See* Joint Status Report, Dkt. No. 17; Order, Dkt. No. 32 at 2.  That claim, however, is in a different posture than the Hancock Road claim or the claim in *Kane (5)*.  The United States does not expect to take any formal action on this claim in the next weeks, but requests to update the Court in the next status report.

With respect to the last claim in this case (Cave Lakes K1075 Road), consistent with the earlier joint status report, the United States has so far *not* been exploring the possibility of resolving this claim using a disclaimer.  *Cf.* Joint Status Report, Dkt. No. 17.  That claim is in a different posture than the other claims in this case or in *Kane (5)*.  The United States can update the Court, if applicable, in the next status report.

Respectfully submitted this 27th day of April, 2026,

> ADAM R. F. GUSTAFSON
> Principal Deputy Assistant Attorney General
>
>  */s/ Joseph H. Kim*
> JOSEPH H. KIM, Trial Attorney
> Natural Resources Section
> Environment and Natural Resources Division
> United States Department of Justice
> P.O. Box 7611
> Washington, D.C. 20044-7611
> Telephone: (202) 305-0207
>
> *Attorneys for Defendant United States of America*