ADAM R. F. GUSTAFSON, Principal Deputy Assistant Attorney General
JOSEPH H. KIM, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0207

Attorneys for Defendant United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KANE COUNTY, UTAH (6), a Utah political subdivision; and STATE OF UTAH, | **DEFENDANT UNITED STATES' STATUS REPORT** |
| Plaintiffs, | Case No. 4:25-cv-00090-DN-PK |
| v. | |
| UNITED STATES OF AMERICA, | Judge David Nuffer |
| | Magistrate Judge Paul Kohler |
| Defendant, | |
| and | |
| SOUTHERN UTAH WILDERNESS ALLIANCE, | |
| Proposed Intervenor-Defendant. | |

Pursuant to this Court's Minute Order dated April 28, 2026, Dkt. No. 34, the United States files this updated status report on the possibility of a disclaimer in this case.

As noted in the United States' prior status report, Dkt. No. 33, the United States is exploring the possibility of disclaiming the Hancock Road. The United States has not yet completed its process in this regard, and requests that the Court allow an additional two weeks for this purpose.

-2-

As also noted in the United States' prior status report, the United States is also exploring internally and with Plaintiffs the possibility of resolving a second claim in this case (Cave Lakes K1070 Road) using a disclaimer.  That claim, however, is in a different posture than the Hancock Road claim, and the United States does not expect to take any formal action on this claim in the next weeks, but requests to update the Court in the next status report.

With respect to the last claim in this case (Cave Lakes K1075 Road), consistent with the United States' prior status report, the United States has so far not been exploring the possibility of resolving this claim using a disclaimer.  The United States can update the Court, if applicable, in the next status report.

Respectfully submitted this 26th day of May, 2026,

ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General

 /s/ Joseph H. Kim
JOSEPH H. KIM, Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0207

*Attorneys for Defendant United States of America*

-2-