ADAM R. F. GUSTAFSON, Principal Deputy Assistant Attorney General
JOSEPH H. KIM, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0207

Attorneys for Defendant United States of America

---

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, SOUTHERN REGION OF THE CENTRAL DIVISION

---

| | |
|---|---|
| KANE COUNTY, UTAH (6), a Utah political subdivision; and STATE OF UTAH, <br><br>     Plaintiffs, <br> v. <br><br> UNITED STATES OF AMERICA, <br><br>     Defendant. | **PARTIAL QUIET TITLE ACT DISCLAIMER** <br><br> **K1100 HANCOCK ROAD** <br><br> Case No. 4:25-cv-00090-DN-PK <br><br> Judge David Nuffer <br> Magistrate Judge Paul Kohler |

COMES NOW the United States of America, by and through undersigned counsel, and, under 28 U.S.C. § 2409a(e), partially disclaims an interest adverse to the claim of the Plaintiffs, Kane County, Utah, and the State of Utah, to an approximately 60-foot highway right-of-way established under 43 U.S.C. § 932 (repealed) ("R.S. 2477") known as the K1100 Hancock Road. The claim to the Hancock Road is asserted in the First Cause of Action in Plaintiffs' Complaint filed July 15, 2025 (Dkt. No. 1).

Specifically, the United States disclaims any title interest in the Hancock Road that is consistent with an R.S. 2477 highway right-of-way that was established by October 21, 1976, including the right to conduct routine maintenance. This road commences at its intersection with the Sand Dunes Road in the SENE of Section 14, Township 43 South, Range 8 West, and

traverses federal public land in Sections 13 and 14 of Township 43 South, Range 8 West, S.L.M.; Sections 3, 4, 5, 7, 8 and 18 of Township 43 South, Range 7 West, S.L.M.; Sections 23, 24, 26, 34 and 35 of Township 42 South, Range 7 West, S.L.M.; and Section 19 of Township 42 South, Range 6 West, S.L.M., and terminates upon intersecting Utah State Highway 89 in the SENW of Section 19, Township 42 South, Range 6 West, S.L.M.  The centerline of this road is identified with reasonable accuracy in Exhibit 2 of Plaintiffs' Complaint (Dkt. No. 1-3). This road is currently chip sealed. The road has a travel surface generally ranging between 24 to 28 feet with the widest portions of the travel surface at approximately 28 feet.[1] This road includes culverts, other drainage features extending beyond the travel surface, and the clearing of vegetation also extending beyond the travel surface, with such disturbances generally ranging between 46 and 59 feet[2] (and in some instances extending beyond the claimed 60-foot right-of-way).[3] This road traditionally has been used by the general public as a thoroughfare to access western points in Kane County, Utah, including to connecting roads between St. George, Utah, the State of Arizona, and Kanab, Utah. The road also provides public access to recreational uses including the Coral Pink Sand Dunes State Park, among other public uses.

Further proceedings may be necessary to the extent that Plaintiffs assert a claim that exceeds the scope disclaimed herein.

---

[1] *Kane County, Utah (1), v. United States*, No. 2:08-cv-0315 CW, 2013 U.S. Dist. LEXIS 40118, **20-21 (D. Utah Mar. 20, 2013), rev'd on other grounds 772 F.3d 1205 (10th Cir. 2014).

[2] *Id*. at *21.

[3] Based on an analysis of aerial photographs taken in 1974 and 2021, using measurements taken approximately every quarter mile, the average width of total disturbance was 52 feet and 63 feet, respectively, with at least three-fourths of the observed measurements at or exceeding 48 feet.

RESPECTFULLY SUBMITTED this 3rd day of June, 2026.

ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General

/s/ Joseph H. Kim
JOSEPH H. KIM, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0207

*Attorneys for the United States*