ADAM R. F. GUSTAFSON, Principal Deputy Assistant Attorney General
JOSEPH H. KIM, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0207

Attorneys for Defendant United States of America

---

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF UTAH, SOUTHERN REGION OF THE CENTRAL DIVISION

| | |
|---|---|
| KANE COUNTY, UTAH (6), a Utah political subdivision; and STATE OF UTAH, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | **PARTIAL QUIET TITLE ACT DISCLAIMER** <br><br> **K1070** <br><br> Case No. 4:25-cv-00090-DN-PK <br><br> Judge David Nuffer <br> Magistrate Judge Paul Kohler |

COMES NOW the United States of America, by and through undersigned counsel, and, under 28 U.S.C. § 2409a(e), partially disclaims an interest adverse to the claim of the Plaintiffs, Kane County, Utah, and the State of Utah, to an 18-foot highway right-of-way established under 43 U.S.C. § 932 (repealed) ("R.S. 2477") known as the K1070 road. The claim to this road is asserted in the Second Cause of Action in Plaintiffs' Complaint filed July 15, 2025 (Dkt. No. 1).

Specifically, the United States disclaims any title interest in the K1070 road that is consistent with an R.S. 2477 highway right-of-way that was established by October 21, 1976, including the right to conduct routine maintenance. This road commences at private property in Lot 2 of Section 2, Township 43 South, Range 7 West, S.L.M., and proceeds a little over a mile northwesterly to its intersection with the Hancock road in the southwest quarter of the northeast

quarter (SW ¼ NE¼) of Section 34, Township 42 South, Range 7 West, S.L.M. The centerline of this road is identified with reasonable accuracy in Exhibit 3 of Plaintiffs' Complaint (Dkt. No. 1-4). This road is currently a single-lane bladed dirt road.

Further proceedings may be necessary to the extent that Plaintiffs assert a claim that exceeds the scope disclaimed herein.

RESPECTFULLY SUBMITTED this 23rd day of July, 2026.

ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General

*/s/ Joseph H. Kim*
JOSEPH H. KIM, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0207

*Attorneys for the United States*

2