Shawn T. Welch (#7113)
Richard D. Flint (#7525)
Sydney J. Sell (#17313)
B. Ryder Seamons (#19681)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
Telephone: (801) 799-5800
stwelch@hollandhart.com
rdflint@hollandhart.com
sjsell@hollandhart.com
brseamons@hollandhart.com

Jeffrey Stott (#14344)
Kane County Attorney
76 N. Main Street
Kanab, Utah 84741
Telephone: (435) 644-5278
jstott@kane.utah.gov

*Attorneys for Plaintiff Kane County, Utah*

Jason L. Deforest (#14628)
K. Tess Davis (#15831)
ASSISTANT ATTORNEYS GENERAL
Derek Brown (#10476)
UTAH ATTORNEY GENERAL
1594 W. North Temple, 3rd Floor
Salt Lake City, Utah 84116
Telephone: (801) 537-9801
jdeforest@agutah.gov
kaitlindavis@agutah.gov

*Attorneys for Plaintiff State of Utah*

## IN THE UNITED STATES JUDICIAL DISTRICT COURT FOR THE DISTRICT OF UTAH, SOUTHERN REGION OF THE CENTRAL DIVISION

| | |
|---|---|
| KANE COUNTY, UTAH, a Utah political subdivision, and the STATE OF UTAH,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | **UNOPPOSED MOTION FOR ORDER TO CONFIRM PARTIAL QUIET TITLE ACT DISCLAIMERS**<br><br>Case No. 4:25-cv-00090 DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Plaintiffs Kane County, Utah and the State of Utah ("Plaintiffs") hereby submit this Unopposed[1] Motion For Order To Confirm (1) Partial Quiet Title Act Disclaimer for K1100 Hancock Road and (2) Partial Quiet Title Act Disclaimer for K1070 Cave Lakes Road.

On June 3, 2026, the United States of America ("United States") filed a Partial Quiet Title Act Disclaimer of the K1100 Hancock Road (ECF 36) ("Hancock Disclaimer"). On July 23, 2026, the United States filed a Partial Quiet Title Act Disclaimer of the K1070 Cave Lakes Road (ECF 42) ("K1070 Cave Lakes Disclaimer").

The Quiet Title Act ("QTA") provides that if "the United States disclaims all interest in the real property or interest therein adverse to the plaintiff at any time prior to the actual commencement of the trial, which disclaimer is confirmed by order of the court, the jurisdiction of the district court shall cease" unless the Court has jurisdiction independent from the QTA.[2]

The undersigned is authorized to represent to the Court that the United States does not oppose this motion. Accordingly, Plaintiffs request the Court to enter its order confirming the Hancock Disclaimer and K1070 Cave Lakes Disclaimer under the QTA. A proposed form of order is attached hereto.

Upon confirmation of the Hancock Disclaimer and K1070 Cave Lakes Disclaimer, Plaintiffs will file an amended complaint limited solely to the K1075 Cave Lakes Road claim (the current Third Cause of Action), with claims pertaining to the K1100 Hancock Road and the K1070 Cave Lakes Road resolved and removed from these proceedings. Plaintiffs do not anticipate a disclaimer for the K1075 Cave Lakes Road.

---

[1] The Southern Utah Wilderness Alliance ("SUWA") filed a motion to intervene in this lawsuit, limited to the claims pertaining to the K1100 Hancock Road. *See* ECF 22. The Court has not granted intervention and SUWA is not a party to the action. Thus, Plaintiffs did not seek SUWA's position on this motion.

[2] 28 U.S.C. § 2409a(e)

Respectfully submitted this 28th day of July, 2026.

HOLLAND & HART LLP

*/s/ Shawn Welch*
Shawn T. Welch
Richard D. Flint
Sydney J. Sell
Ryder Seamons

Attorneys for Plaintiff Kane County, Utah

UTAH ATTORNEY GENERAL'S OFFICE

*/s/ *Tess Davis*
Jason L. DeForest
K. Tess Davis
Assistant Attorneys General

Attorneys for Plaintiff State of Utah

* Signed with permission given to filing counsel

38299192_v1