## IN THE UNITED STATES JUDICIAL DISTRICT COURT FOR THE DISTRICT OF UTAH, SOUTHERN REGION OF THE CENTRAL DIVISION

| | |
|---|---|
| KANE COUNTY, UTAH, a Utah political subdivision, and the STATE OF UTAH,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | **ORDER CONFIRMING PARTIAL QUIET TITLE ACT DISCLAIMERS**<br><br>Case No. 4:25-cv-00090 DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

This matter came before the Court upon Plaintiffs Kane County, Utah's and the State of Utah's unopposed motion to confirm the Partial Quiet Title Act Disclaimer of the K1100 Hancock Road (ECF 36) and Partial Quiet Title Act Disclaimer of the K1070 Cave Lakes Road (ECF 42), notwithstanding any inconsistency between the partial disclaimers and the alleged right-of-way as described in the Complaint. For the good cause shown, it is hereby ORDERED that the partial disclaimers are confirmed pursuant to 28 U.S.C. § 2409a(e).

IT IS SO ORDERED.

DATED this _____ day of July, 2026.

BY THE COURT:

_____
Judge David Nuffer
United States District Court Judge