ADAM R. F. GUSTAFSON, Principal Deputy Assistant Attorney General
JOSEPH H. KIM, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0207

Attorneys for Defendant United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KANE COUNTY, UTAH (6), a Utah political subdivision; and STATE OF UTAH, <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant, <br><br> and <br><br> SOUTHERN UTAH WILDERNESS ALLIANCE, <br><br> Proposed Intervenor-Defendant. | **DEFENDANT UNITED STATES' STATUS REPORT** <br><br> Case No. 4:25-cv-00090-DN-PK <br><br> Judge David Nuffer <br> Magistrate Judge Paul Kohler |

Pursuant to this Court's Minute Order dated June 24, 2026, Dkt. No. 41, the United States files this status report.

The United States has filed partial disclaimers for the Hancock Road, Dkt. No. 36, and the K1070 Cave Lakes Road, Dkt. No. 42. The United States now expects that "Plaintiffs will promptly file a motion requesting the Court to confirm the disclaimers for the K1100 Hancock and K1070 Cave Lakes Roads" and, "[i]f confirmed, [expects] Plaintiffs . . . to file an amended

complaint with one cause of action – the K1075 Cave Lakes Road." Dkt. No. 39 at 2-3.

"Thereafter, Plaintiffs would request a stay of this proceeding or seek consolidation with the

bellwether proceedings involving the other roads in Kane County, Utah." *Id*. at 3-4.

Because the claim to the K1075 road "stands on a different footing," Dkt. No. 39 at 3, the

United States does not presently intend to take any further action regarding the K1075 Cave

Lakes Road.

Respectfully submitted this 28th day of July, 2026,

ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General

 */s/ Joseph H. Kim*
JOSEPH H. KIM, Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0207

*Attorneys for Defendant United States of America*

-2-