THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| KANE COUNTY, UTAH, a Utah political subdivision, and the STATE OF UTAH,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | **ORDER CONFIRMING PARTIAL QUIET TITLE ACT DISCLAIMERS**<br><br>Case No. 4:25-cv-00090 DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Plaintiffs Kane County, Utah and the State of Utah moved[1] to confirm the Partial Quiet Title Act Disclaimers of the K1100 Hancock Road[2] K1070 Cave Lakes Road[3] filed by the Defendant United States of America (collectively the "Partial Disclaimers"). The motion was made notwithstanding any inconsistency between the Partial Disclaimers and the alleged rights-of-way sought in the Complaint. The Motion is granted by a concurrently entered Memorandum Decision and Order Granting Motion to Confirm Amended Partial Quiet Title Act Disclaimers.

---

[1] Plaintiffs Kane County and State of Utah's Unopposed Motion for Order to Confirm Partial Quiet Title Act Disclaimers ("Motion"), docket no. 43, filed June 28, 2026.

[2] Defendant United States' Partial Quiet Title Act Disclaimer K1100 Hancock Road, docket no. 36, filed June 3, 2026.

[3] Defendant United States' Partial Quiet Title Act Disclaimer K1070 Cave Lakes Road, docket no. 42, filed July 23, 2026.

It is hereby ORDERED that the Partial Disclaimers[4] are confirmed pursuant to 28 U.S.C. § 2409a(e).[5] Within twenty-eight (28) days from the date of this Order Plaintiffs must file their Amended Complaint with one cause of action – the K1075 Cave Lakes Road.

IT IS SO ORDERED.

DATED this 14th day of August, 2026.

BY THE COURT:

David Nuffer
United States District Court Judge

---

[4] Partial Disclaimers, docket nos. 36, 42.

[5] 28 U.S.C.A. § 2409a.