Stephen H.M. Bloch (#7813)
Hanna Larsen (#18458)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, Utah 84111
Telephone: (801) 486-3161
steve@suwa.org
hanna@suwa.org

Mitch M. Longson (#15661)
Trevor J. Lee (#16703)
MANNING CURTIS BRADSHAW & BEDNAR PLLC
201 South Main Street, Suite 750
Salt Lake City, UT 84111
Telephone: (801) 363-5678
mlongson@mc2b.com
tlee@mc2b.com

*Attorneys for Proposed Defendant-Intervenor Southern Utah Wilderness Alliance*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| **KANE COUNTY (6), UTAH**, a political subdivision, and the **STATE OF UTAH**,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA**,<br><br>Defendant, and<br><br>**SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>Proposed Intervenor-Defendant. | **NOTICE OF APPEAL**<br><br>Case Nos. 4:25-cv-00090-DN<br><br>Judge David Nuffer |

Proposed Intervenor-Defendant Southern Utah Wilderness Alliance appeals to the United States Court of Appeals for the Tenth Circuit the following: (1) Memorandum Decision and Order Granting Motion to Confirm Amended Partial Quiet Title Act Disclaimers (ECF No. 46),

entered on August 14, 2026; (2) Order Confirming Amended Partial Quiet Title Act Disclaimers (ECF No. 47), entered on August 14, 2026.

DATED August 20, 2026.

/s/ *Hanna Larsen*
Stephen H.M. Bloch, #7813
Hanna Larsen, #18458
SOUTHERN UTAH WILDERNESS ALLIANCE

Mitch M. Longson, #15661
Trevor J. Lee, #16703
MANNING CURTIS BRADSHAW
& BEDNAR PLLC

*Attorneys for Proposed Intervenor-Defendants*
*Southern Utah Wilderness Alliance*