(b)(1)(A),MAG,ACCO,APPEAL,LC3,LOC_SGU

Email All Attys

Email All Attys and Secondary Emails

# US District Court Electronic Case Filing System
# District of Utah (Southern Region)
# CIVIL DOCKET FOR CASE #: 4:25−cv−00090−DN−PK

Kane County et al v. United States of America
Assigned to: Judge David Nuffer
Referred to: Magistrate Judge Paul Kohler
Cause: 28:2409(a) Quiet Title Action

Date Filed: 07/15/2025
Jury Demand: None
Nature of Suit: 290 Real Property: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Kane County**
*a Utah political subdivision*

represented by

**Benjamin Ryder Seamons**
HOLLAND & HART LLP
222 S MAIN ST STE 2200
SALT LAKE CITY, UT 84101
801−824−6766
Email: brseamons@hollandhart.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number: 19681*
*Bar Status: Active*

**Jeffrey N. Stott**
KANE COUNTY ATTORNEY
76 N MAIN ST
KANAB, UT 84741
801−664−9101
Email: jstott@kane.utah.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number: 14344*
*Bar Status: Active*

**Richard D. Flint**
HOLLAND & HART LLP
222 S MAIN ST STE 2200
SALT LAKE CITY, UT 84101
(801)799−5800
Email: rdflint@hollandhart.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number: 7525*
*Bar Status: Active*

**Sydney Jo Sell**
HOLLAND & HART LLP
222 S MAIN ST STE 2200
SALT LAKE CITY, UT 84101

208−598−2122
Email: sjsell@hollandhart.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number: 17313*
*Bar Status: Active*

**Shawn T. Welch**
HOLLAND & HART LLP
222 S MAIN ST STE 2200
SALT LAKE CITY, UT 84101
(801) 799−5889
Email: stwelch@hollandhart.com
*ATTORNEY TO BE NOTICED*
*Bar Number: 7113*
*Bar Status: Active*

**Plaintiff**

**State of Utah** represented by **Jason L. DeForest**
UTAH ATTORNEY GENERAL'S OFFICE (1594)
NATURAL RESOURCES DIVISION
1594 W NORTH TEMPLE STE 300
SALT LAKE CITY, UT 84116
385−395−9884
Email: jdeforest@agutah.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 14628*
*Bar Status: Active*

**Kathy A. F. Davis**
UTAH ATTORNEY GENERAL'S OFFICE (1594)
NATURAL RESOURCES DIVISION
1594 W NORTH TEMPLE STE 300
SALT LAKE CITY, UT 84116
801−888−1876
Email: kathydavis@agutah.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number: 4022*
*Bar Status:* ***RegLapsedFed***

**Stephen Kaiser**
UTAH ATTORNEY GENERAL'S OFFICE−DNR
1594 W NORTH TEMPLE STE 320
SALT LAKE CITY, UT 84116
385−443−3509
Email: skkaiser@agutah.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number: 18146*
*Bar Status: Active*

**Kaitlin Tess Davis**
UTAH ATTORNEY GENERAL'S OFFICE (1594)
NATURAL RESOURCES DIVISION
1594 W NORTH TEMPLE STE 300
SALT LAKE CITY, UT 84116
385−261−0360
Email: kaitlindavis@agutah.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number: 15831*
*Bar Status: Active*

V.

**Defendant**

**United States of America** represented by

**Joseph Hosu Kim**
US DEPARTMENT OF JUSTICE
ENRD/NRS
PO BOX 7611
WASHINGTON, DC 20044
(202)305−0207
Email: joseph.kim@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number:*
*Bar Status: Federal*

**Movant**

**Southern Utah Wilderness Alliance** represented by

**Hanna C. Larsen**
SOUTHERN UTAH WILDERNESS ALLIANCE
425 E 100 S
SALT LAKE CITY, UT 84111
801−428−3992
Email: hanna@suwa.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number: 18458*
*Bar Status: Active*

**Stephen H. Bloch**
SOUTHERN UTAH WILDERNESS ALLIANCE

425 E 100 S
SALT LAKE CITY, UT 84111
(801)486−3161
Email: steve@suwa.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 7813*
*Bar Status: Active*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/15/2025 | 1 | COMPLAINT against United States of America (Filing fee $ 405, receipt number AUTDC−5489662) filed by Kane County. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit 1 − State of Utah 2000 Notice of Intent to Sue with Attachment, # 3 Exhibit 2 − State Recorded Hancock Road (and GPS data), # 4 Exhibit 3 − Cave Lakes Road K1070 (and GPS data), # 5 Exhibit 4 − Cave Lakes Road K1075 (and GPS data), # 6 Exhibit 5 − Rule 30b6 K Hoffman excerpts, # 7 Exhibit 6 − T42S R6W HI, # 8 Exhibit 7 − T42S R7W HI, # 9 Exhibit 8 − T43S R7W HI, # 10 Exhibit 9 − T44S R8W HI, # 11 Exhibit 10 − Kanab, Utah−Arizona, 15 Min Quad Map, 1957, # 12 Exhibit 11 − 1950 Kane County Class B General Highway Map, # 13 Exhibit 12 − 1965 Kane County Class B General Highway Map, # 14 Exhibit 13 − 1975 Kane County Class B General Highway Map, # 15 Exhibit 14 − 1984 Kane County Class B General Highway Map, # 16 Exhibit 15 − 1993 Kane County Class B General Highway Map, # 17 Exhibit 16 − Kanab, Utah, 7.5 Minute Quadrangle, 1985) (Welch, Shawn) (Entered: 07/15/2025) |
| 07/16/2025 | | Judge David Nuffer added.<br><br>Case number will now read **4:25−cv−00090−DN.** Please make changes to document captions accordingly. (sg) (Entered: 07/16/2025) |
| 07/16/2025 | 2 | NOTICE OF MAGISTRATE JUDGE AVAILABILITY TO PRESIDE OVER CASE− Under 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and DUCivR 72−3, you are hereby notified that a magistrate judge for the District of Utah may conduct any or all proceedings in this case, including a jury or bench trial and entry of a final judgment. Exercise of this jurisdiction by the magistrate judge is permitted only if all parties voluntarily sign and return the form. To consent, return the Consent Form to the clerk's office within 21 days via email at consents@utd.uscourts.gov or mail at the address on the form. **Please do not efile the Consent Form in the case.** Notice emailed or mailed to Plaintiffs Kane County, State of Utah. (Notice generated by Clerks Office) Form due by 8/6/2025. (sg) (Entered: 07/16/2025) |
| 07/16/2025 | 3 | NOTICE of Location:<br>This case is assigned to the Southern Region of the Central Division of the District of Utah. More information is on the court's Southern Region web page. (bmr) (Entered: 07/16/2025) |
| 07/16/2025 | 4 | DOCKET TEXT ORDER REFERRING CASE to Magistrate Judge Paul Kohler under 28:636 (b)(1)(A), Magistrate Judge to hear and determine all nondispositive pretrial matters. No attached document.<br><br>Signed by Judge David Nuffer on 07/16/2025. (bmr) |

| | | |
|---|---|---|
| | | (Entered: 07/16/2025) |
| 07/17/2025 | 5 | Summons Issued Electronically as to United States of America.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (mdj) (Entered: 07/17/2025) |
| 07/17/2025 | 6 | Summons Issued Electronically as to United States of America.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (mdj) (Entered: 07/17/2025) |
| 07/17/2025 | 7 | ORDER TO PROPOSE SCHEDULE − See order for details. Signed by Magistrate Judge Paul Kohler on 7/17/25 (alt) (Entered: 07/17/2025) |
| 07/17/2025 | 8 | ORDER Supplementing 7 Order to Propose Schedule. Signed by Magistrate Judge Paul Kohler on 7/17/25 (alt) (Entered: 07/17/2025) |
| 07/31/2025 | 9 | SUMMONS Returned Executed. Filed by Kane County. Summons as to United States of America. (Sell, Sydney) (Entered: 07/31/2025) |
| 07/31/2025 | 10 | SUMMONS Returned Executed. Filed by Kane County. Summons as to United States of America. (Sell, Sydney) (Entered: 07/31/2025) |
| 08/04/2025 | 11 | RECEIVED Magistrate Availability Form from Plaintiff Kane County. (mh) (Entered: 08/05/2025) |
| 09/04/2025 | 12 | MOTION for Extension of Time to File Answer re 1 Complaint,,,, and Memorandum in Support *(Unopposed)* filed by Defendant United States of America. (Attachments: # 1 Text of Proposed Order) Motions referred to Paul Kohler. Attorney Joseph Hosu Kim added to party United States of America(pty:dft)(Kim, Joseph) (Entered: 09/04/2025) |
| 09/05/2025 | 13 | ORDER granting 12 Motion for Extension of Time to Answer re 1 Complaint. USA will file its answer or otherwise plead on or before 10/20/2025. Signed by Magistrate Judge Paul Kohler on 9/5/25 (alt) (Entered: 09/05/2025) |
| 09/22/2025 | 14 | **NOTICE OF STATUS HEARING**: (Notice generated by DLE) Status Conference set for **10/29/2025 at 11:00 AM by remote videoconference before Judge David Nuffer.** Counsel will receive a link information by email at a later date. (dle) (Entered: 09/22/2025) |
| 10/03/2025 | | Case Stayed per General Order 25−005 (alt) (Entered: 10/03/2025) |
| 10/22/2025 | 15 | **NOTICE VACATING Status Conference HEARING** set for 10/29/2025 at 11:00 a.m. before Judge David Nuffer. Case stayed per General Order 25−005. (bmr) (Entered: 10/22/2025) |
| 11/19/2025 | 16 | ORDER LIFTING STAY and ordering counsel to meet and confer on or before 12/5/25, and file a notice of acceptable status conference dates and times. Signed by Judge David Nuffer on 11/19/25 (alt) (Entered: 11/19/2025) |
| 12/05/2025 | 17 | STATUS REPORT *(joint)* by United States of America. (Kim, Joseph) (Entered: 12/05/2025) |

| | | |
|---|---|---|
| 01/09/2026 | 18 | **NOTICE OF HEARING**: Status Conference set for 1/16/2026 at 09:00 AM in Rm 7.200 before Judge David Nuffer. (bmr) (Entered: 01/09/2026) |
| 01/12/2026 | 19 | **AMENDED NOTICE OF HEARING**: Status Conference set for 1/16/2026 at 09:00 AM in Rm 3.400 before Judge David Nuffer. Please note courtroom change only. (bmr) (Entered: 01/12/2026) |
| 01/12/2026 | 20 | NOTICE of Plaintiffs' Statement of the Issues and Scheduling for A) The Sand Dunes Road, and B) The Hancock and Cave Lakes Roads by Kane County (Welch, Shawn) (Entered: 01/12/2026) |
| 01/16/2026 | 21 | Minute Entry for proceedings held before Judge David Nuffer: Status Conference held on 1/16/2026.<br>Counsel present for parties. Before the Court is a status conference on two matters, 4:25−CV−59 & 4:25−CV−90, to discuss how to proceed with scheduling, briefing, deadlines, and pending motions.<br>IN CASE 4:25−CV−59, Court ordered response(s) to SUWAs 30 motion to intervene to be filed by 1/26/2026 and any reply(ies) by 2/9/2026. Court ordered briefing on Kane Countys 14 motion for declaratory judgment to be filed by 3/2/2026. Court set a 1/26/2026 deadline for the USA to file a motion to strike the motion for declaratory judgment or notice that a motion to strike will not be filed. Any response(s) due 2/2/2026, and reply(ies) due 2/9/2026. SUWAs deadline for filing a motion to dismiss is fourteen days after an order granting intervention. Within 30 days following the completion of briefing on the motions, counsel to prepare an attorney planning meeting report with a disposition plan and propose schedule.<br>IN CASE 4:25−CV−90, Court ordered SUWA to move to intervene by 1/26/2026, with standard briefing schedule to follow. When ruling on the motion, the Court will set a schedule for the attorney planning report and proposed scheduling order in that case.<br>As to both cases, Mr. Welch informed the court that the 59 case should take priority, due to upcoming schedule for repairs/improvements. The 90 case does not have the same urgency as 59.<br>Discussion heard whether the cases should be handled by Judge Waddoups, who currently has Kane County (1) and Kane County (2) cases or if parties would prefer the cases remaining with Judge Nuffer. Kane County stated they would prefer the cases remain with Judge Nuffer.<br>Court instructed counsel to meet, confer, and prepare a high−level procedural history to educate the court, including Judge Waddoups decisions of the Roads Cases.ATTORNEYS:<br>KANE COUNTY: Shawn Welch, Ryder Seamons, Sydney Sell; STATE OF UTAH: Kathy Davis, Tess Davis, David Reay; USA: Joseph Kim; SUWA: Hanna Larsen, Stephen Bloch, Mitch Longson Court Reporter: Teena Green.(Time Start: 9:00, Time End: 11:10, Room 3.400.)(asb) Modified on 1/23/2026 (DN). (Entered: 01/23/2026) |
| 01/26/2026 | 22 | MOTION to Intervene and Memorandum in Support filed by Movant Southern Utah Wilderness Alliance. (Attachments: # 1 Exhibit 1 − Bloxham Declaration, # 2 Exhibit 2 − Feingold Declaration, # 3 Exhibit 3 − Proposed Motion to Dismiss, # 4 Text of Proposed Order) Motions referred to Paul Kohler.(Larsen, Hanna) (Entered: 01/26/2026) |
| 01/27/2026 | 23 | Motions No Longer Referred: 22 MOTION to Intervene and Memorandum in Support. District Judge David Nuffer will handle the motion. (tlc) (Entered: 01/27/2026) |
| 02/09/2026 | 24 | |

| | | |
|---|---|---|
| | | RESPONSE to Motion re 22 MOTION to Intervene filed by Defendant United States of America. (Kim, Joseph) (Entered: 02/09/2026) |
| 02/09/2026 | 25 | Plaintiff's RESPONSE to Motion re 22 MOTION to Intervene filed by Plaintiff Kane County. (Attachments: # 1 Exhibit 1 − Site Visit Map, # 2 Exhibit 2 − Declaration of B. Harris, # 3 Exhibit 3 − Motion to Intervene, # 4 Exhibit 4 − Order)(Sell, Sydney) (Entered: 02/09/2026) |
| 02/11/2026 | 26 | NOTICE of Appearance by Stephen H. Bloch on behalf of Southern Utah Wilderness Alliance (Bloch, Stephen) (Entered: 02/11/2026) |
| 02/23/2026 | 27 | REPLY to Response to Motion re 22 MOTION to Intervene filed by Movant Southern Utah Wilderness Alliance. (Attachments: # 1 Exhibit 1 − BLM WSA Manual)(Larsen, Hanna) (Entered: 02/23/2026) |
| 03/17/2026 | 28 | ~~**RESTRICTED DOCUMENT**~~ NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Motion Hearing held on January 16, 2026 before Judge David Nuffer. Court Reporter/Transcriber Teena Green, RPR, CRR, CBC, Telephone number 801−910−4092.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Please review the transcript within 14 days after receiving this notice to determine if personal data identifiers need to be redacted. If redaction is not required, the transcript will be made electronically available 90 days after this notice. If redaction of personal identifies is needed, a party must file a Notice of Intent to Request Redaction within 21 days after receiving this notice. Within 42 days after receiving this notice, a party must file a Redaction Request identifying the information that must be redacted. Please review DUCivR 5.2−1 for additional information about redacting personal identifiers or protected information. The Attorney Filing the Notice of Intent To Request Redaction and Redaction request must send a copy to the court reporter. The court will not send a copy to the court reporter.**<br><br>**Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Request Redaction due 4/7/2026. Redaction Request due 4/28/2026. Redacted Transcript Deadline set for 5/19/2026. Release of Transcript Restriction set for 6/15/2026. (jrj) Modified by removing restricted text on 6/15/2026 (kop). (Entered: 03/17/2026)** |
| 03/17/2026 | 29 | Transcript Purchased by: Benjamin Seamons and Hanna Larsen re 28 transcript(s) of 1/16/26. (jrj) (Entered: 03/17/2026) |
| 03/26/2026 | 30 | **NOTICE OF HEARING**: Status Conference set for 4/1/2026 at 11:00 AM in STGU− St George *virtual Court Via Zoom Conference* before Judge David Nuffer. (bmr) (Entered: 03/26/2026) |
| 03/26/2026 | 31 | **NOTICE VACATING Status Conference HEARING** set for 4/01/2026 at 11:00 a.m. before Judge David Nuffer. Hearing was set in error. (bmr) (Entered: 03/26/2026) |
| 04/21/2026 | 32 | ORDER for Status Report Regarding Possible Disclaimer. Status Report due by 4/27/2026. Signed by Judge David Nuffer on 4/21/2026. (dle) (Entered: 04/21/2026) |
| 04/27/2026 | 33 | STATUS REPORT by United States of America. (Kim, Joseph) (Entered: 04/27/2026) |

| | | |
|---|---|---|
| 04/28/2026 | 34 | DOCKET TEXT ORDER re 33 Defendant United States of America's Status Report Regarding Possible Disclaimer, that on or before Tuesday, May 26, 2026, the United States must file an updated status report on possibility of disclaimer of the Hancock and Cave Lakes Roads. Signed by Judge David Nuffer on 04/28/2026. (vc) (Entered: 04/28/2026) |
| 05/26/2026 | 35 | STATUS REPORT by United States of America. (Kim, Joseph) (Entered: 05/26/2026) |
| 06/03/2026 | 36 | NOTICE of Partial QTA Disclaimer − Hancock Road by United States of America re 1 Complaint,,,, (Kim, Joseph) (Entered: 06/03/2026) |
| 06/05/2026 | 37 | NOTICE of Appearance by Jason L. DeForest on behalf of State of Utah (DeForest, Jason) (Entered: 06/05/2026) |
| 06/05/2026 | 38 | DOCKET TEXT ORDER that on or before June 19, 2026, Plaintiff must file a response to the 36 Partial Quiet Title Act Disclaimer filed by the United States of America. The response shall specify the extent to which Plaintiffs assert a claim to the K1100 Hancock Road that exceeds the scope of disclaimed rights. In other words, what is still in dispute for the First Cause of Action?<br><br>It is FURTHER ordered that on or before June 19, 2026, Defendant must file a status report as to any contemplated disclaimer of the other roads at issue in this case: Cave Lakes Roads K1070 and K1075. No attached document.<br><br>Signed by Judge David Nuffer on 06/05/2026. (vc) (entered: 06/05/2026) (Entered: 06/05/2026) |
| 06/19/2026 | 39 | REPLY BRIEF re 38 Order,, filed by Plaintiff Kane County. (Welch, Shawn) (Entered: 06/19/2026) |
| 06/19/2026 | 40 | STATUS REPORT by United States of America. (Kim, Joseph) (Entered: 06/19/2026) |
| 06/24/2026 | 41 | STATUS REPORT ORDER that on or before July 28, 2026, each party must file a status report as to any contemplated disclaimer of the other roads at issue in this case: Cave Lakes Roads K1070 and K1075. No attached document. Signed by Judge David Nuffer on 06/24/2026. (entered on 06/24/2026) (vc) (Entered: 06/24/2026) |
| 07/23/2026 | 42 | NOTICE of Partial QTA Disclaimer − K1070 by United States of America re 1 Complaint,,,, (Kim, Joseph) (Entered: 07/23/2026) |
| 07/28/2026 | 43 | MOTION for Order to Confirm Partial Quiet Title Act Disclaimers *(Unopposed)* filed by Plaintiff Kane County. (Attachments: # 1 Text of Proposed Order)(Welch, Shawn) (Entered: 07/28/2026) |
| 07/28/2026 | 44 | STATUS REPORT by United States of America. (Kim, Joseph) (Entered: 07/28/2026) |
| 07/28/2026 | 45 | STATUS REPORT by Kane County, State of Utah. (Welch, Shawn) (Entered: 07/28/2026) |
| 08/14/2026 | 46 | MEMORANDUM DECISION AND ORDER granting 43 Motion to Confirm Amended Partial Quiet Title Act Disclaimers. Signed by Judge David Nuffer on 8/14/26 (alt) (Entered: 08/14/2026) |
| 08/14/2026 | 47 | ORDER Confirming Partial Quiet Title Act Disclaimers. Within 28 days from the date of this Order Plaintiffs must file their Amended Complaint with one cause of action the K1075 Cave Lakes Road. Signed by Judge David Nuffer on 8/14/26 (alt) (Entered: |

| | | |
|---|---|---|
| | | 08/14/2026) |
| 08/20/2026 | 48 | NOTICE OF APPEAL as to 46 Order on Motion for Miscellaneous Relief, Memorandum Decision, 47 Order, filed by Southern Utah Wilderness Alliance. Appeals to the USCA for the 10th Circuit. Filing fee $ 605, receipt number AUTDC−5889808. (Larsen, Hanna) (Entered: 08/20/2026) |

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| KANE COUNTY, UTAH, a Utah political subdivision, and the STATE OF UTAH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER GRANTING MOTION TO CONFIRM AMENDED PARTIAL QUIET TITLE ACT DISCLAIMERS**<br><br>Case No. 4:25-cv-00090 DN-PK<br><br>District Judge David Nuffer |

In their Complaint, Plaintiffs Kane County and the State of Utah (collectively "Kane County") seek a decree under the Quiet Title Act[1] ("QTA") quieting title to the K1100 Hancock Road, the K1070 Cave Lakes Road, and the K1075 Cave Lakes Road.[2] Kane County alleges that title to the K1100 Hancock Road and K1070 Cave Lakes Road were established in previous litigation.[3] In the previous litigation, Kane County was not successful in providing sufficient "evidence in support" of a right-of-way to the K1075 Cave Lakes Road.[4]

Kane County's Complaint defines the K1100 Hancock Road:

> The right-of-way for the K1100 Hancock Road includes a width of 66 feet (33 feet from the centerline descriptions provided herein) and that which is reasonable and necessary to ensure passage of vehicles on this high-speed two-lane road, clear zones to protect sight distances, and such other drainage and road features as are reasonable and necessary.[5]

[1] 28 U.S.C. § 2409a.

[2] Complaint, docket no. 1, filed July 15, 2025.

[3] *Id.* at 3, ¶¶ 10–11 (*citing Kane County, Utah (1) v. United States*, No. 2:08-cv-0315 CW, 2013 WL 1180764, *54,63-65 (D. Utah Mar. 20, 2013)).

[4] Complaint at 3, ¶ 12.

[5] *Id.* at 14, ¶ 76.

And it defines the K1070 Cave Lakes Road:

> The right-of-way for the K1070 Cave Lakes Road claimed herein includes a width of up to 66 feet (33 feet from the centerline descriptions provided herein) as is reasonable and necessary to ensure passage of vehicles, clear zones to protect sight distances, and such other drainage and road features as are reasonable and necessary.[6]

The United States did not file an answer but filed separate Partial Quiet Title Act Disclaimers ("Partial Disclaimers") for both the K1100 Hancock and K1070 Cave Lakes Roads under 28 U.S.C. § 2409a(e).[7] The Partial Disclaimers are similar to the descriptions of the rights of way sought in the Complaint but, among other variations, do not include a uniform 66 foot width. Specifically, the K1100 Hancock Road is disclaimed for an 18-foot width, and the K1070 Cave Lakes Road is disclaimed for a 60-foot width.[8]

Kane County has now filed an Unopposed Motion for Order to Confirm Partial Quiet Title Act Disclaimers ("Motion").[9] The Motion makes clear that any discrepancy between (a) the relief sought in the Complaint and (b) the description of the rights of way in the Partial Disclaimers will be resolved by Plaintiffs' removal of the claims "pertaining to the K1100 Hancock Road and the K1070 Cave Lakes Road . . . ."[10] "Plaintiffs will file an amended complaint limited solely to the K1075 Cave Lakes Road claim . . . with claims pertaining to the K1100 Hancock Road and the K1070 Cave Lakes Road resolved and removed from these

---

[6] *Id.* at 20, ¶ 115.

[7] Partial Quiet Title Act Disclaimer ("Hancock Road Partial Disclaimer") 1, docket no. 36, filed June 3, 2026 (*citing* 28 U.S.C. § 2409a(e)); Partial Quiet Title Act Disclaimer ("K1070 Partial Disclaimer"), 1, docket no. 42 , filed June 3, 2026 (*citing* 28 U.S.C. § 2409a(e)) (collectively referred to as the "Partial Disclaimers").

[8] Hancock Road Partial Disclaimer at 1; K1070 Partial Disclaimer at 1.

[9] Unopposed Motion for Order to Confirm Amended Partial Quiet Title Act Disclaimers ("Motion"), docket no. 43, filed July 28, 2026.

[10] Motion at 2.

proceedings."[11] In addition, the Motion states that the Plaintiffs are "authorized to represent to the Court that the United States does not oppose this motion."[12]

The Partial Disclaimers radically change the posture of the lawsuit. Though each Amended Partial Disclaimer does not precisely match the respective claim in the Complaint, the Motion says further litigation is unnecessary because Kane County will, upon confirmation of the Partial Disclaimers, amend its complaint with claims pertaining to the K1100 Hancock Road and the K1070 Cave Lakes Road resolved and removed and only stating its claim for the K1075 roads.[13]

# 1 DISCUSSION

## A disclaimer that is inconsistent with the complaint in a §2409a quiet title action results in loss of jurisdiction when a plaintiff dismisses the inconsistent claims.

"Congress has provided a formal mechanism whereby the United States during the course of QTA litigation, but 'prior to the actual commencement of the trial,' may 'disclaim[ ] all interest in the real property or interest therein adverse to the plaintiff' and secure an order from the court confirming the disclaimer."[14] The text of 28 U.S.C.A. § 2409a(e) states:

> If the United States disclaims all interest in the real property or interest therein adverse to the plaintiff at any time prior to the actual commencement of the trial, which disclaimer is confirmed by order of the court, the jurisdiction of the district court shall cease unless it has jurisdiction of the civil action or suit on ground other than and independent of the authority conferred by section 1346(f) of this title.[15]

---

[11] *Id.*

[12] *Id.*

[13] *Id.*

[14] *Rio Grande Silvery Minnow (Hybognathus amarus) v. Bureau of Reclamation*, 599 F.3d 1165, 1185 (10th Cir. 2010).

[15] 28 U.S.C. § 2409a(e).

"If the United States follows this path, 'the jurisdiction of the district court shall cease' under the QTA."[16]

While the Partial Disclaimers may be inconsistent with the relief sought in the Complaint, the United States and Kane County say they are in full agreement.[17] The agreement will be consummated when (a) the Partial Disclaimers are confirmed and (b) Kane County amends its complaint claims as to the K1100 Hancock Road and the K1070 Cave Lakes Road. Therefore, the Partial Disclaimers will be CONFIRMED; and Kane County is ordered to amend its Complaint within twenty-eight (28) days from the date of this order. All pending motions are moot.

## 2 ORDER

IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion for Order to Confirm Amended Partial Quiet Title Act Disclaimers is GRANTED.[18]

[16] *Rio Grande*, 599 F.3d at 1185–86.

[17] Motion at 2; *see also* Partial Disclaimers.

[18] Unopposed Motion to Confirm Amended Partial Quiet Title Act Disclaimer, docket no. 43, filed July 28, 2026.

IT IS FURTHER ORDERED that:

1. The Partial Disclaimers[19] will be CONFIRMED in a separate order.

2. Kane County must file an amended complaint removing claims pertaining to the K1100 Hancock Road and the K1070 Cave Lakes Road within twenty-eight (28) days from the date of this order.

Signed August 14, 2026.

BY THE COURT

David Nuffer
United States District Judge

[19] Partial Quiet Title Act Disclaimer, 1, docket no. 36, filed June 3, 2026 (*citing* 28 U.S.C. § 2409a(e)); Partial Quiet Title Act Disclaimer, 1, docket no. 42 , filed June 3, 2026 (*citing* 28 U.S.C. § 2409a(e)).

Case 4:25-cv-00090-DN-PK Document 47 Filed 08/14/26 Page 1 of 2 PageID 495

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| KANE COUNTY, UTAH, a Utah political subdivision, and the STATE OF UTAH,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | **ORDER CONFIRMING PARTIAL QUIET TITLE ACT DISCLAIMERS**<br><br>Case No. 4:25-cv-00090 DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Plaintiffs Kane County, Utah and the State of Utah moved[1] to confirm the Partial Quiet Title Act Disclaimers of the K1100 Hancock Road[2] K1070 Cave Lakes Road[3] filed by the Defendant United States of America (collectively the "Partial Disclaimers"). The motion was made notwithstanding any inconsistency between the Partial Disclaimers and the alleged rights-of-way sought in the Complaint. The Motion is granted by a concurrently entered Memorandum Decision and Order Granting Motion to Confirm Amended Partial Quiet Title Act Disclaimers.

[1] Plaintiffs Kane County and State of Utah's Unopposed Motion for Order to Confirm Partial Quiet Title Act Disclaimers ("Motion"), docket no. 43, filed June 28, 2026.

[2] Defendant United States' Partial Quiet Title Act Disclaimer K1100 Hancock Road, docket no. 36, filed June 3, 2026.

[3] Defendant United States' Partial Quiet Title Act Disclaimer K1070 Cave Lakes Road, docket no. 42, filed July 23, 2026.

It is hereby ORDERED that the Partial Disclaimers[4] are confirmed pursuant to 28 U.S.C. § 2409a(e).[5] Within twenty-eight (28) days from the date of this Order Plaintiffs must file their Amended Complaint with one cause of action – the K1075 Cave Lakes Road.

IT IS SO ORDERED.

DATED this 14th day of August, 2026.

BY THE COURT:

David Nuffer
United States District Court Judge

[4] Partial Disclaimers, docket nos. 36, 42.

[5] 28 U.S.C.A. § 2409a.

Stephen H.M. Bloch (#7813)
Hanna Larsen (#18458)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, Utah 84111
Telephone: (801) 486-3161
steve@suwa.org
hanna@suwa.org

Mitch M. Longson (#15661)
Trevor J. Lee (#16703)
MANNING CURTIS BRADSHAW & BEDNAR PLLC
201 South Main Street, Suite 750
Salt Lake City, UT 84111
Telephone: (801) 363-5678
mlongson@mc2b.com
tlee@mc2b.com

*Attorneys for Proposed Defendant-Intervenor Southern Utah Wilderness Alliance*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| **KANE COUNTY (6), UTAH**, a political subdivision, and the **STATE OF UTAH**,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA**,<br><br>Defendant, and<br><br>**SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>Proposed Intervenor-Defendant. | **NOTICE OF APPEAL**<br><br>Case Nos. 4:25-cv-00090-DN<br><br>Judge David Nuffer |

Proposed Intervenor-Defendant Southern Utah Wilderness Alliance appeals to the United States Court of Appeals for the Tenth Circuit the following: (1) Memorandum Decision and Order Granting Motion to Confirm Amended Partial Quiet Title Act Disclaimers (ECF No. 46),

entered on August 14, 2026; (2) Order Confirming Amended Partial Quiet Title Act Disclaimers (ECF No. 47), entered on August 14, 2026.

DATED August 20, 2026.

/s/ *Hanna Larsen*
Stephen H.M. Bloch, #7813
Hanna Larsen, #18458
SOUTHERN UTAH WILDERNESS ALLIANCE

Mitch M. Longson, #15661
Trevor J. Lee, #16703
MANNING CURTIS BRADSHAW
& BEDNAR PLLC

*Attorneys for Proposed Intervenor-Defendants*
*Southern Utah Wilderness Alliance*