**TENTH CIRCUIT TRANSCRIPT ORDER FORM – DIRECTIONS ON REVERSE SIDE (Revised 12/2015)**

## PART I – Case Information and Contact Information

Case Name: Kane County et al. v. United States et al. District Court Case Number: 4:25-cv-00090-DN-PK
District Court: District of Utah Circuit Court Appeal Number: 26-4111
Name of Attorney/Pro Se Party Completing this Form: Hanna Larsen
Name of Law Firm/or Office: Southern Utah Wilderness Alliance
Address: 425 E 100 S, Salt Lake City, UT 84111
Phone: 801-486-3161 Email: hanna@suwa.org
Attorney For: Appellant Southern Utah Wilderness Alliance

## PART II – Complete when Transcripts are NOT ordered

**I am not ordering a transcript because (check one):**
☐ a transcript is not necessary for this appeal;
☑ the necessary transcript is already on file in the district court;
☐ or the necessary transcript was ordered previously in appeal

Attorney/Ordering Party's Signature: *Hanna Larsen* Date: 08/21/2026

## PART III – Complete When Ordering Transcripts

**I hereby order the following transcript(s) from** ______________________ (name of court reporter).
Order all transcripts from the same court reporter on one form, but use separate forms for each court reporter.
**Be specific if ordering partial transcripts** (e.g., voir dire).

| Name of Proceeding | Date of Proceeding | Dist. Ct. Doc. No. | Delivery (30-, 14-, 7-, 3-Day, or daily) (check with court reporter for applicable rates) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Attorney/Ordering Party's Certificate of Payment for Transcript(s) Ordered.**

◉ This case is **NOT** proceeding under the Criminal Justice Act. By signing this form, I agree to pay for the transcript(s) ordered on this form, and I certify that I have already made satisfactory payment arrangements with the court reporter as confirmed by the court reporter's acknowledgement on Part IV below.

○ This case **IS** proceeding under the Criminal Justice Act, and (check one):
☐ I am a Federal Public Defender. By signing this form, I certify that the Defender's Office will pay the cost of the transcript(s) as confirmed by the court reporter's acknowledgement on Part IV below.
☐ I am a CJA Panel Attorney. By signing this form, I certify that I will take all the steps required in eVoucher to complete payment arrangements for the transcript(s) as confirmed by the court reporter's acknowledgment on Part IV below.

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

Attorney/Ordering Party's Signature: ______________________ Date: __________

## PART IV – Court Reporter's Acknowledgment of Payment and Estimated Completion Date

| Date Payment Arrangements Made | Estimated Completion Date | Number of Pages | Date(s) of Proceeding(s) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

I, ______________________, certify that satisfactory payment arrangements have been made for the transcript(s) ordered on this form, and I will provide the required notice to the circuit when I file the completed transcripts.

Signature of Court Reporter: ______________________ Date: __________

**DIRECTIONS FOR USING THE TENTH CIRCUIT TRANSCRIPT ORDER FORM**

Federal Rule of Appellate Procedure 10, Tenth Circuit Rule 10, and the Appellate Transcript Management Plan for the Tenth Circuit (Appendix A to the Tenth Circuit Rules) set forth the transcript-related responsibilities of parties and court reporters with respect to transcripts ordered for use in an appeal. Those responsibilities are summarized below. The Tenth Circuit Clerk's Office is available to answer questions regarding this form or related aspects of the Circuit's policies and procedures. Questions about payment arrangements, completion dates, and related issues should be directed to the appropriate court reporter or district court Clerk's Office.

**APPELLANT'S RESPONSIBIILTIES**

**If transcripts are not ordered:** within 14 days of the date the appeal is docketed, Appellant or Appellant's counsel must:

(1) Complete Parts I and II of this form;
(2) File copies of the completed form in **both** the U.S. District Court and the Tenth Circuit, and serve all parties to the appeal.

**If transcripts are ordered:** within 14 days of the date the appeal is docketed, Appellant or Appellant's counsel must:

(1) Complete Parts I and III of this form;
(2) Send a copy of the completed form to each court reporter from whom transcripts are being ordered (one form per court reporter is required);
(3) Make payment arrangements with the court reporter(s). *See* 10th Cir. R. 10.2(B)(3). Per 28 U.S.C. §753(f), a court reporter may require a deposit equal to the full estimated cost of the transcript;
(4) Obtain the court reporter's acknowledgment on Part IV of this form;
(5) File copies of the completed form containing the court reporter's acknowledgment in **both** the U.S. District Court and the Tenth Circuit, and serve all parties to the appeal.

Appellant or Appellant's counsel should also **note the following** regarding transcripts on appeal:

(1) Unless the entire transcript is ordered, Appellant shall serve on Appellee(s) a statement of the issues Appellant intends to present on appeal. See Fed. R. App. P. 10(b)(3). The Docketing Statement required by 10th Cir. R. 3.4 fulfills this requirement.
(2) Those portions of the transcripts that are pertinent to the appeal must be included in Appellant's appendix or, in cases where counsel is appointed, designated for inclusion in the record on appeal. *See* 10th Cir. R. 10.2, 10.3 and 30.1.
(3) One form may be used to order multiple transcripts from the same court reporter, but a separate form must be completed and filed for each court reporter from whom a transcript is ordered.

**APPELLEE'S RESPONSIBILITIES**

**Unless the entire transcript is ordered, Appellee may**, within 14 days after service of Appellant's transcript order and statement of the issues, file and serve on Appellant a designation of additional transcript(s). If, within 14 days, Appellant does not order and pay for the additional transcript(s) so designated, Appellee may, within 14 additional days, order and pay for the transcript or move in the district court for an order compelling Appellant to do so. *See* Fed. R. App. P. 10(b)(3).

**COURT REPORTER'S RESPONSIBILITIES**

**Upon receipt of this form and after satisfactory payment arrangements have been made**, the court reporter must:

(1) Complete Part IV and return the completed form to the ordering attorney/party for filing with the court; and
(2) Provide any required notice to the U.S. District Court Clerk's Office.

**Once the transcript is complete,** the court reporter must
(1) Deliver the original to the requesting party or counsel later appointed;
(2) File a certified copy with the district court clerk; and
(3) Notify the circuit clerk that the transcript has been filed.

When completing Part IV of this form, **court reporters are reminded that** transcripts must be filed within 30 days of the date payment arrangements are made. Per the Appellate Transcript Management Plan for the Tenth Circuit ("Plan"), which can be found at Appendix A to the Tenth Circuit Rules, court reporters may be subject to a mandatory fee reduction if transcripts are not timely filed. Court reporters may request an extension of the 30-day deadline and a waiver of the mandatory fee reduction per Sections 4 and 5 of the Plan.