# United States District Court
# District of Utah

**Gary P. Serdar**
Clerk of Court

**Alison J. Adams**
Chief Deputy Clerk

August 21, 2026

Christopher M. Wolpert, Clerk
United States Court of Appeals
for the Tenth Circuit
1823 Stout Street
Denver, CO 80257

—

RE: 26-4111
Kane County, Utah, et al v. United States
Lower Docket: 4:25-CV-00090-DN-PK

Dear Clerk of Court:

Please be advised that the record is complete for the purposes of appeal.

Sincerely,

Gary P. Serdar, Clerk

By: /s/

Katy Cerna
Deputy Clerk

cc: Counsel of Record