# EXHIBIT 2



RD131143
RD131144
RD130017
RD130016
T42S R7W
T42S R6W
T43S R7W
T43S R6W
US HIGHWAY 89
Three Lakes
Cave Lakes Canyon
Canyon
Lakes
Cave
22
23
24
19
27
26
25
30
34
35
36
31
03
02
01
06
K2565


Exhibit 13 - 1

This lengthy document is a complete description of the location and route of the entire K1075 in Kane County, Utah (Road Identification Number in the State Geographic Information Database is: RD130017). It is presented here so that the public will be informed. Only those segments of the road that cross property owned and/or managed by an agency of the United States of America are considered candidates for consideration for status as R.S. 2477 rights of way. Actual status as 2477 rights of way is determined by their compliance with other requirements of the law. Initially, Notices of Acknowledgment of Acceptance of R.S. 2477 Right-of-Way Grants are being recorded by the State of Utah only for certain road segments that cross land managed by the U.S. Bureau of Land Management. Rights of way to roads that cross land managed by other agencies of the United States government are still being studied.

**Beginning at a point** on the road centerline located at 37 degrees 07 minutes 02.74 seconds North Latitude and -112 degrees 36 minutes 51.25 seconds West Longitude, which can be converted to mapping accuracy State Plane UtahSouth Zone NAD 83 feet coordinates of X = 1,315,526.5 feet and Y = 10,008,566.4 feet; thence the following courses along the said road center line:

thence South 58 Degrees 37 Minutes 40 Seconds East 11.1 feet
thence South 60 Degrees 07 Minutes 05 Seconds East 6.5 feet
thence South 65 Degrees 39 Minutes 22 Seconds East 3.9 feet
thence South 57 Degrees 53 Minutes 43 Seconds East 7.7 feet
thence South 63 Degrees 29 Minutes 09 Seconds East 3.6 feet
thence South 57 Degrees 38 Minutes 06 Seconds East 7.6 feet
thence South 57 Degrees 22 Minutes 00 Seconds East 6.1 feet
thence South 61 Degrees 45 Minutes 12 Seconds East 6.8 feet
thence South 55 Degrees 52 Minutes 45 Seconds East 5.8 feet
thence North 66 Degrees 55 Minutes 36 Seconds East 4.2 feet
thence South 44 Degrees 35 Minutes 29 Seconds East 5.7 feet
thence South 72 Degrees 31 Minutes 27 Seconds East 5.4 feet
thence South 77 Degrees 35 Minutes 47 Seconds East 7.5 feet
thence South 72 Degrees 11 Minutes 47 Seconds East 5.3 feet
thence North 89 Degrees 42 Minutes 30 Seconds East 6.7 feet
thence South 40 Degrees 51 Minutes 12 Seconds East 5.4 feet
thence South 76 Degrees 15 Minutes 31 Seconds East 6.8 feet
thence North 79 Degrees 06 Minutes 16 Seconds East 8.9 feet
thence South 85 Degrees 06 Minutes 51 Seconds East 9.1 feet
thence South 71 Degrees 37 Minutes 38 Seconds East 7.7 feet
thence North 89 Degrees 42 Minutes 30 Seconds East 6.5 feet
thence North 89 Degrees 42 Minutes 30 Seconds East 7.2 feet
thence North 89 Degrees 42 Minutes 30 Seconds East 8.2 feet
thence North 89 Degrees 42 Minutes 30 Seconds East 8.8 feet
thence North 80 Degrees 01 Minutes 18 Seconds East 9.8 feet
thence North 80 Degrees 39 Minutes 47 Seconds East 10.4 feet
thence North 72 Degrees 24 Minutes 18 Seconds East 11 feet
thence North 72 Degrees 53 Minutes 08 Seconds East 11.5 feet
thence North 69 Degrees 23 Minutes 37 Seconds East 11.7 feet
thence North 69 Degrees 01 Minutes 05 Seconds East 11.6 feet

thence North 70 Degrees 09 Minutes 41 Seconds East 12.3 feet
thence North 73 Degrees 13 Minutes 36 Seconds East 11.6 feet
thence North 68 Degrees 34 Minutes 13 Seconds East 13.7 feet
thence North 71 Degrees 02 Minutes 35 Seconds East 15.4 feet
thence North 72 Degrees 56 Minutes 40 Seconds East 14.2 feet
thence North 69 Degrees 28 Minutes 31 Seconds East 14.2 feet
thence North 72 Degrees 35 Minutes 55 Seconds East 13.9 feet
thence North 72 Degrees 06 Minutes 17 Seconds East 13.6 feet
thence North 72 Degrees 35 Minutes 43 Seconds East 13.9 feet
thence North 72 Degrees 21 Minutes 12 Seconds East 13.8 feet
thence North 69 Degrees 42 Minutes 15 Seconds East 14.4 feet
thence North 69 Degrees 36 Minutes 04 Seconds East 14.2 feet
thence North 72 Degrees 03 Minutes 34 Seconds East 13.6 feet
thence North 71 Degrees 27 Minutes 15 Seconds East 13.1 feet
thence North 74 Degrees 53 Minutes 22 Seconds East 12.8 feet
thence North 75 Degrees 00 Minutes 07 Seconds East 12.9 feet
thence North 74 Degrees 39 Minutes 43 Seconds East 12.6 feet
thence North 75 Degrees 00 Minutes 07 Seconds East 12.9 feet
thence North 75 Degrees 27 Minutes 59 Seconds East 13.3 feet
thence North 72 Degrees 35 Minutes 43 Seconds East 13.9 feet
thence North 73 Degrees 25 Minutes 36 Seconds East 14.6 feet
thence North 72 Degrees 52 Minutes 07 Seconds East 14.2 feet
thence North 72 Degrees 56 Minutes 52 Seconds East 14.2 feet
thence North 70 Degrees 16 Minutes 01 Seconds East 14.8 feet
thence North 72 Degrees 45 Minutes 06 Seconds East 14.1 feet
thence North 65 Degrees 42 Minutes 22 Seconds East 14.1 feet
thence North 76 Degrees 22 Minutes 39 Seconds East 14.2 feet
thence North 73 Degrees 05 Minutes 45 Seconds East 14.3 feet
thence North 78 Degrees 11 Minutes 23 Seconds East 12.3 feet
thence North 67 Degrees 25 Minutes 31 Seconds East 13 feet
thence North 75 Degrees 58 Minutes 35 Seconds East 10.4 feet
thence North 69 Degrees 27 Minutes 11 Seconds East 9.5 feet
thence North 69 Degrees 47 Minutes 56 Seconds East 4.8 feet
thence North 66 Degrees 30 Minutes 38 Seconds East 6.2 feet
thence North 75 Degrees 44 Minutes 12 Seconds East 6.8 feet
thence North 66 Degrees 44 Minutes 36 Seconds East 8.4 feet
thence South 81 Degrees 22 Minutes 52 Seconds East 10.6 feet
thence North 64 Degrees 32 Minutes 18 Seconds East 9.6 feet
thence North 64 Degrees 46 Minutes 56 Seconds East 9.7 feet
thence North 64 Degrees 42 Minutes 13 Seconds East 9.7 feet
thence North 66 Degrees 14 Minutes 36 Seconds East 10.3 feet
thence North 67 Degrees 17 Minutes 40 Seconds East 10.8 feet
thence North 64 Degrees 31 Minutes 20 Seconds East 11.6 feet
thence North 68 Degrees 20 Minutes 15 Seconds East 11.3 feet
thence North 65 Degrees 51 Minutes 24 Seconds East 12.1 feet
thence North 69 Degrees 34 Minutes 35 Seconds East 11.9 feet
thence North 66 Degrees 19 Minutes 55 Seconds East 12.4 feet

thence North 57 Degrees 46 Minutes 59 Seconds East 12.4 feet
thence North 69 Degrees 41 Minutes 05 Seconds East 12 feet
thence North 68 Degrees 54 Minutes 10 Seconds East 11.5 feet
thence North 80 Degrees 57 Minutes 52 Seconds East 10.8 feet
thence North 66 Degrees 52 Minutes 58 Seconds East 10.6 feet
thence North 59 Degrees 12 Minutes 08 Seconds East 11.3 feet
thence North 73 Degrees 45 Minutes 44 Seconds East 11.9 feet
thence North 65 Degrees 46 Minutes 35 Seconds East 12.1 feet
thence North 63 Degrees 31 Minutes 53 Seconds East 13 feet
thence North 60 Degrees 54 Minutes 25 Seconds East 13.6 feet
thence North 64 Degrees 23 Minutes 15 Seconds East 13.5 feet
thence North 58 Degrees 20 Minutes 17 Seconds East 14.2 feet
thence North 58 Degrees 32 Minutes 25 Seconds East 14.3 feet
thence North 58 Degrees 03 Minutes 23 Seconds East 14.1 feet
thence North 55 Degrees 22 Minutes 31 Seconds East 14.5 feet
thence North 50 Degrees 26 Minutes 34 Seconds East 15.6 feet
thence North 52 Degrees 38 Minutes 11 Seconds East 15 feet
thence North 47 Degrees 36 Minutes 26 Seconds East 14.7 feet
thence North 47 Degrees 46 Minutes 36 Seconds East 14.7 feet
thence North 48 Degrees 22 Minutes 08 Seconds East 14.9 feet
thence North 45 Degrees 44 Minutes 47 Seconds East 15.4 feet
thence North 29 Degrees 34 Minutes 18 Seconds East 7.6 feet
thence North 29 Degrees 34 Minutes 09 Seconds East 8.5 feet
thence North 56 Degrees 10 Minutes 30 Seconds East 16.3 feet
thence North 57 Degrees 57 Minutes 37 Seconds East 15.6 feet
thence North 57 Degrees 26 Minutes 30 Seconds East 15.4 feet
thence North 60 Degrees 17 Minutes 31 Seconds East 15 feet
thence North 63 Degrees 55 Minutes 24 Seconds East 15.1 feet
thence North 63 Degrees 48 Minutes 52 Seconds East 15 feet
thence North 61 Degrees 01 Minutes 06 Seconds East 15.4 feet
thence North 61 Degrees 00 Minutes 03 Seconds East 15.3 feet
thence North 60 Degrees 20 Minutes 59 Seconds East 15.1 feet
thence North 59 Degrees 47 Minutes 21 Seconds East 14.8 feet
thence North 59 Degrees 32 Minutes 16 Seconds East 14.7 feet
thence North 58 Degrees 32 Minutes 25 Seconds East 14.3 feet
thence North 54 Degrees 23 Minutes 55 Seconds East 14.2 feet
thence North 56 Degrees 58 Minutes 34 Seconds East 13.7 feet
thence North 56 Degrees 17 Minutes 25 Seconds East 13.4 feet
thence North 58 Degrees 47 Minutes 37 Seconds East 12.8 feet
thence North 55 Degrees 00 Minutes 46 Seconds East 13 feet
thence North 57 Degrees 51 Minutes 51 Seconds East 12.4 feet
thence North 59 Degrees 24 Minutes 36 Seconds East 13.1 feet
thence North 61 Degrees 22 Minutes 11 Seconds East 13.8 feet
thence North 65 Degrees 22 Minutes 39 Seconds East 13.9 feet
thence North 59 Degrees 05 Minutes 39 Seconds East 12.9 feet
thence North 65 Degrees 54 Minutes 00 Seconds East 12.2 feet
thence North 66 Degrees 09 Minutes 03 Seconds East 12.3 feet

thence North 63 Degrees 08 Minutes 29 Seconds East 12.8 feet
thence North 64 Degrees 09 Minutes 14 Seconds East 13.3 feet
thence North 61 Degrees 38 Minutes 07 Seconds East 13.9 feet
thence North 62 Degrees 44 Minutes 11 Seconds East 14.5 feet
thence North 62 Degrees 37 Minutes 10 Seconds East 14.4 feet
thence North 62 Degrees 11 Minutes 46 Seconds East 14.2 feet
thence North 56 Degrees 54 Minutes 44 Seconds East 15.1 feet
thence North 55 Degrees 48 Minutes 25 Seconds East 14.7 feet
thence North 54 Degrees 28 Minutes 34 Seconds East 14.2 feet
thence North 52 Degrees 33 Minutes 47 Seconds East 13.6 feet
thence North 48 Degrees 13 Minutes 30 Seconds East 13.6 feet
thence North 44 Degrees 13 Minutes 28 Seconds East 13.8 feet
thence North 39 Degrees 00 Minutes 30 Seconds East 13.8 feet
thence North 38 Degrees 15 Minutes 31 Seconds East 13.6 feet
thence North 34 Degrees 15 Minutes 38 Seconds East 13.9 feet
thence North 32 Degrees 47 Minutes 18 Seconds East 13.7 feet
thence North 29 Degrees 59 Minutes 35 Seconds East 14.2 feet
thence North 28 Degrees 57 Minutes 28 Seconds East 14.1 feet
thence North 28 Degrees 29 Minutes 18 Seconds East 14 feet
thence North 27 Degrees 37 Minutes 53 Seconds East 14.9 feet
thence North 27 Degrees 44 Minutes 41 Seconds East 14.9 feet
thence North 25 Degrees 27 Minutes 56 Seconds East 14.6 feet
thence North 26 Degrees 36 Minutes 54 Seconds East 14.7 feet
thence North 27 Degrees 04 Minutes 11 Seconds East 14.8 feet
thence North 27 Degrees 41 Minutes 24 Seconds East 14.8 feet
thence North 28 Degrees 21 Minutes 06 Seconds East 15 feet
thence North 25 Degrees 33 Minutes 57 Seconds East 15.5 feet
thence North 28 Degrees 57 Minutes 32 Seconds East 15 feet
thence North 27 Degrees 58 Minutes 04 Seconds East 15.9 feet
thence North 24 Degrees 21 Minutes 18 Seconds East 15.3 feet
thence North 29 Degrees 17 Minutes 03 Seconds East 15.1 feet
thence North 29 Degrees 23 Minutes 28 Seconds East 15.1 feet
thence North 38 Degrees 33 Minutes 55 Seconds East 14.7 feet
thence North 34 Degrees 28 Minutes 46 Seconds East 14 feet
thence North 44 Degrees 42 Minutes 29 Seconds East 11.6 feet
thence North 51 Degrees 57 Minutes 24 Seconds East 9.4 feet
thence North 55 Degrees 03 Minutes 32 Seconds East 8.7 feet
thence North 58 Degrees 38 Minutes 26 Seconds East 9.5 feet
thence North 67 Degrees 00 Minutes 05 Seconds East 8.5 feet
thence North 70 Degrees 44 Minutes 41 Seconds East 10.1 feet
thence North 71 Degrees 49 Minutes 31 Seconds East 10.8 feet
thence North 78 Degrees 03 Minutes 39 Seconds East 12 feet
thence North 77 Degrees 36 Minutes 36 Seconds East 11.7 feet
thence North 76 Degrees 21 Minutes 28 Seconds East 10.7 feet
thence North 80 Degrees 46 Minutes 30 Seconds East 10.6 feet
thence North 85 Degrees 26 Minutes 21 Seconds East 11 feet
thence North 85 Degrees 43 Minutes 25 Seconds East 11.8 feet

thence North 89 Degrees 42 Minutes 29 Seconds East 12.2 feet
thence South 86 Degrees 32 Minutes 11 Seconds East 12.5 feet
thence South 82 Degrees 41 Minutes 55 Seconds East 12.4 feet
thence South 82 Degrees 34 Minutes 23 Seconds East 12.2 feet
thence South 79 Degrees 04 Minutes 13 Seconds East 12.6 feet
thence South 79 Degrees 16 Minutes 07 Seconds East 12.9 feet
thence South 76 Degrees 13 Minutes 19 Seconds East 13.5 feet
thence South 83 Degrees 09 Minutes 53 Seconds East 13.2 feet
thence South 86 Degrees 36 Minutes 14 Seconds East 12.8 feet
thence South 86 Degrees 39 Minutes 49 Seconds East 13 feet
thence North 89 Degrees 42 Minutes 29 Seconds East 13.8 feet
thence North 89 Degrees 42 Minutes 29 Seconds East 14.1 feet
thence North 86 Degrees 27 Minutes 31 Seconds East 14.5 feet
thence North 83 Degrees 21 Minutes 59 Seconds East 14.9 feet
thence North 83 Degrees 25 Minutes 30 Seconds East 15 feet
thence North 86 Degrees 29 Minutes 16 Seconds East 15.2 feet
thence North 86 Degrees 36 Minutes 43 Seconds East 14.6 feet
thence North 83 Degrees 13 Minutes 36 Seconds East 14.5 feet
thence North 76 Degrees 02 Minutes 07 Seconds East 13.7 feet
thence North 89 Degrees 42 Minutes 29 Seconds East 14.7 feet
thence North 72 Degrees 42 Minutes 17 Seconds East 14.1 feet
thence North 69 Degrees 25 Minutes 43 Seconds East 14.2 feet
thence North 66 Degrees 14 Minutes 14 Seconds East 14.4 feet
thence North 68 Degrees 34 Minutes 20 Seconds East 13.6 feet
thence North 64 Degrees 51 Minutes 50 Seconds East 13.7 feet
thence North 71 Degrees 16 Minutes 32 Seconds East 13 feet
thence North 68 Degrees 03 Minutes 45 Seconds East 13.3 feet
thence North 71 Degrees 16 Minutes 19 Seconds East 13 feet
thence North 62 Degrees 56 Minutes 45 Seconds East 12.8 feet
thence North 71 Degrees 40 Minutes 38 Seconds East 13.3 feet
thence North 79 Degrees 20 Minutes 33 Seconds East 13.7 feet
thence North 75 Degrees 06 Minutes 41 Seconds East 13 feet
thence North 79 Degrees 05 Minutes 22 Seconds East 13.4 feet
thence North 79 Degrees 37 Minutes 54 Seconds East 14.1 feet
thence North 83 Degrees 21 Minutes 58 Seconds East 14.9 feet
thence North 86 Degrees 39 Minutes 22 Seconds East 15.4 feet
thence South 87 Degrees 16 Minutes 41 Seconds East 15.6 feet
thence South 87 Degrees 12 Minutes 48 Seconds East 15.3 feet
thence South 87 Degrees 13 Minutes 12 Seconds East 15.3 feet
thence South 87 Degrees 18 Minutes 00 Seconds East 15.7 feet
thence South 84 Degrees 28 Minutes 32 Seconds East 16.2 feet
thence South 87 Degrees 23 Minutes 38 Seconds East 16.2 feet
thence South 87 Degrees 19 Minutes 07 Seconds East 15.8 feet
thence South 87 Degrees 15 Minutes 32 Seconds East 15.5 feet
thence South 87 Degrees 07 Minutes 55 Seconds East 14.9 feet
thence North 89 Degrees 42 Minutes 29 Seconds East 14.8 feet
thence North 89 Degrees 42 Minutes 29 Seconds East 15.1 feet

thence South 87 Degrees 14 Minutes 22 Seconds East 15.4 feet
thence South 87 Degrees 14 Minutes 34 Seconds East 15.4 feet
thence South 87 Degrees 10 Minutes 23 Seconds East 15.1 feet
thence South 87 Degrees 05 Minutes 23 Seconds East 14.7 feet
thence South 83 Degrees 49 Minutes 28 Seconds East 14.6 feet
thence South 77 Degrees 08 Minutes 26 Seconds East 14.4 feet
thence South 76 Degrees 27 Minutes 18 Seconds East 13.7 feet
thence South 69 Degrees 52 Minutes 26 Seconds East 14.1 feet
thence South 63 Degrees 29 Minutes 48 Seconds East 14.6 feet
thence South 60 Degrees 37 Minutes 28 Seconds East 14.9 feet
thence South 55 Degrees 12 Minutes 48 Seconds East 15.8 feet
thence South 52 Degrees 21 Minutes 51 Seconds East 16 feet
thence South 52 Degrees 43 Minutes 25 Seconds East 16.1 feet
thence South 50 Degrees 07 Minutes 20 Seconds East 16.5 feet
thence South 52 Degrees 37 Minutes 41 Seconds East 16.2 feet
thence South 48 Degrees 46 Minutes 37 Seconds East 16 feet
thence South 50 Degrees 24 Minutes 25 Seconds East 15.4 feet
thence South 32 Degrees 02 Minutes 28 Seconds East 16.4 feet
thence South 59 Degrees 16 Minutes 23 Seconds East 17.6 feet
thence South 44 Degrees 27 Minutes 25 Seconds East 15.9 feet
thence South 44 Degrees 22 Minutes 44 Seconds East 16 feet
thence South 44 Degrees 47 Minutes 43 Seconds East 16.1 feet
thence South 46 Degrees 09 Minutes 41 Seconds East 15.3 feet
thence South 47 Degrees 24 Minutes 47 Seconds East 15.7 feet
thence South 49 Degrees 21 Minutes 54 Seconds East 15 feet
thence South 50 Degrees 43 Minutes 10 Seconds East 15.5 feet
thence South 45 Degrees 17 Minutes 30 Seconds East 15.1 feet
thence South 46 Degrees 46 Minutes 39 Seconds East 14.3 feet
thence South 46 Degrees 41 Minutes 24 Seconds East 14.3 feet
thence South 47 Degrees 18 Minutes 58 Seconds East 14.4 feet
thence South 46 Degrees 04 Minutes 28 Seconds East 15.3 feet
thence South 48 Degrees 17 Minutes 05 Seconds East 14.7 feet
thence South 26 Degrees 25 Minutes 31 Seconds East 15.6 feet
thence South 69 Degrees 56 Minutes 58 Seconds East 16.5 feet
thence South 50 Degrees 24 Minutes 25 Seconds East 15.4 feet
thence South 54 Degrees 24 Minutes 40 Seconds East 14.1 feet
thence South 52 Degrees 19 Minutes 10 Seconds East 13.3 feet
thence South 52 Degrees 36 Minutes 55 Seconds East 10.7 feet
thence South 59 Degrees 19 Minutes 37 Seconds East 9.6 feet
thence South 53 Degrees 57 Minutes 53 Seconds East 9.7 feet
thence South 57 Degrees 38 Minutes 03 Seconds East 9.1 feet
thence South 55 Degrees 36 Minutes 53 Seconds East 10.1 feet
thence South 60 Degrees 02 Minutes 10 Seconds East 11.4 feet
thence South 56 Degrees 45 Minutes 38 Seconds East 13.3 feet
thence South 54 Degrees 52 Minutes 38 Seconds East 14.2 feet
thence South 51 Degrees 53 Minutes 32 Seconds East 14.5 feet
thence South 49 Degrees 47 Minutes 34 Seconds East 13.9 feet

thence South 51 Degrees 02 Minutes 44 Seconds East 13 feet
thence South 46 Degrees 48 Minutes 21 Seconds East 13.2 feet
thence South 46 Degrees 37 Minutes 12 Seconds East 13 feet
thence South 42 Degrees 48 Minutes 05 Seconds East 13.4 feet
thence South 39 Degrees 54 Minutes 22 Seconds East 13.8 feet
thence South 38 Degrees 26 Minutes 57 Seconds East 14.6 feet
thence South 37 Degrees 43 Minutes 02 Seconds East 15.5 feet
thence South 36 Degrees 19 Minutes 38 Seconds East 16.2 feet
thence South 36 Degrees 36 Minutes 32 Seconds East 16.3 feet
thence South 36 Degrees 35 Minutes 02 Seconds East 16.2 feet
thence South 36 Degrees 52 Minutes 02 Seconds East 15.4 feet
thence South 39 Degrees 38 Minutes 28 Seconds East 14.9 feet
thence South 40 Degrees 19 Minutes 28 Seconds East 15 feet
thence South 39 Degrees 20 Minutes 50 Seconds East 14.8 feet
thence South 41 Degrees 08 Minutes 27 Seconds East 14.1 feet
thence South 37 Degrees 51 Minutes 29 Seconds East 13.5 feet
thence South 37 Degrees 18 Minutes 13 Seconds East 13.4 feet
thence South 36 Degrees 23 Minutes 31 Seconds East 13.2 feet
thence South 36 Degrees 44 Minutes 06 Seconds East 13.3 feet
thence South 35 Degrees 48 Minutes 54 Seconds East 13.1 feet
thence South 14 Degrees 58 Minutes 56 Seconds East 15.3 feet
thence South 55 Degrees 05 Minutes 46 Seconds East 12.8 feet
thence South 33 Degrees 10 Minutes 46 Seconds East 11.7 feet
thence South 33 Degrees 02 Minutes 16 Seconds East 12.7 feet
thence South 31 Degrees 58 Minutes 17 Seconds East 13.5 feet
thence South 33 Degrees 01 Minutes 43 Seconds East 13.7 feet
thence South 33 Degrees 22 Minutes 19 Seconds East 13.7 feet
thence South 35 Degrees 41 Minutes 39 Seconds East 13.1 feet
thence South 41 Degrees 31 Minutes 25 Seconds East 12 feet
thence South 39 Degrees 30 Minutes 25 Seconds East 12.7 feet
thence South 39 Degrees 21 Minutes 18 Seconds East 11.7 feet
thence South 35 Degrees 53 Minutes 35 Seconds East 10.1 feet
thence South 40 Degrees 06 Minutes 04 Seconds East 6.4 feet
thence South 36 Degrees 19 Minutes 01 Seconds East 11.2 feet
thence South 36 Degrees 02 Minutes 45 Seconds East 4 feet
thence South 31 Degrees 15 Minutes 09 Seconds East 5.7 feet
thence South 35 Degrees 49 Minutes 40 Seconds East 7.1 feet
thence South 33 Degrees 59 Minutes 10 Seconds East 8.9 feet
thence South 31 Degrees 51 Minutes 35 Seconds East 10.6 feet
thence South 32 Degrees 28 Minutes 05 Seconds East 10.7 feet
thence South 29 Degrees 35 Minutes 50 Seconds East 12.3 feet
thence South 30 Degrees 01 Minutes 11 Seconds East 12.2 feet
thence South 29 Degrees 06 Minutes 09 Seconds East 11.2 feet
thence South 29 Degrees 14 Minutes 50 Seconds East 11.3 feet
thence South 24 Degrees 37 Minutes 54 Seconds East 11.7 feet
thence South 30 Degrees 20 Minutes 09 Seconds East 12.3 feet
thence South 27 Degrees 46 Minutes 11 Seconds East 11.1 feet

thence South 29 Degrees 48 Minutes 26 Seconds East 12.3 feet
thence South 28 Degrees 54 Minutes 50 Seconds East 13.1 feet
thence South 28 Degrees 47 Minutes 14 Seconds East 13.1 feet
thence South 30 Degrees 02 Minutes 15 Seconds East 13.2 feet
thence South 28 Degrees 00 Minutes 09 Seconds East 13.9 feet
thence South 27 Degrees 38 Minutes 52 Seconds East 13.9 feet
thence South 30 Degrees 02 Minutes 08 Seconds East 13.2 feet
thence South 29 Degrees 46 Minutes 21 Seconds East 14.1 feet
thence South 30 Degrees 53 Minutes 37 Seconds East 13.3 feet
thence South 31 Degrees 15 Minutes 17 Seconds East 14.4 feet
thence South 30 Degrees 31 Minutes 46 Seconds East 14.2 feet
thence South 31 Degrees 11 Minutes 03 Seconds East 13.4 feet
thence South 34 Degrees 08 Minutes 40 Seconds East 12.8 feet
thence South 32 Degrees 24 Minutes 17 Seconds East 12.6 feet
thence South 33 Degrees 51 Minutes 41 Seconds East 12.8 feet
thence South 37 Degrees 06 Minutes 13 Seconds East 13.4 feet
thence South 36 Degrees 50 Minutes 59 Seconds East 13.3 feet
thence South 35 Degrees 36 Minutes 46 Seconds East 13.1 feet
thence South 34 Degrees 42 Minutes 33 Seconds East 12.9 feet
thence South 36 Degrees 02 Minutes 46 Seconds East 13.1 feet
thence South 37 Degrees 09 Minutes 41 Seconds East 16.4 feet
thence South 32 Degrees 40 Minutes 39 Seconds East 13.6 feet
thence South 34 Degrees 37 Minutes 44 Seconds East 12.9 feet
thence South 33 Degrees 46 Minutes 33 Seconds East 12.8 feet
thence South 28 Degrees 23 Minutes 25 Seconds East 21.4 feet
thence South 31 Degrees 29 Minutes 50 Seconds East 13.4 feet
thence South 32 Degrees 19 Minutes 36 Seconds East 13.5 feet
thence South 27 Degrees 55 Minutes 42 Seconds East 10.2 feet
thence South 43 Degrees 34 Minutes 02 Seconds East 14.6 feet
thence South 27 Degrees 35 Minutes 56 Seconds East 14.7 feet
thence South 35 Degrees 48 Minutes 35 Seconds East 11.1 feet
thence South 35 Degrees 29 Minutes 31 Seconds East 11 feet
thence South 49 Degrees 10 Minutes 19 Seconds East 13.7 feet
thence South 35 Degrees 22 Minutes 36 Seconds East 13.1 feet
thence South 34 Degrees 42 Minutes 37 Seconds East 12.9 feet
thence South 37 Degrees 53 Minutes 12 Seconds East 12.4 feet
thence South 36 Degrees 02 Minutes 46 Seconds East 13.1 feet
thence South 35 Degrees 30 Minutes 11 Seconds East 14.1 feet
thence South 40 Degrees 49 Minutes 58 Seconds East 14 feet
thence South 31 Degrees 21 Minutes 41 Seconds East 15.3 feet
thence South 34 Degrees 23 Minutes 47 Seconds East 13.9 feet
thence South 36 Degrees 09 Minutes 38 Seconds East 13.2 feet
thence South 38 Degrees 20 Minutes 19 Seconds East 12.5 feet
thence South 41 Degrees 24 Minutes 57 Seconds East 12 feet
thence South 46 Degrees 25 Minutes 07 Seconds East 10.7 feet
thence South 46 Degrees 33 Minutes 09 Seconds East 9.5 feet
thence South 54 Degrees 45 Minutes 02 Seconds East 8.5 feet

thence South 57 Degrees 38 Minutes 29 Seconds East 3 feet
thence South 58 Degrees 36 Minutes 09 Seconds East 6.2 feet
thence South 61 Degrees 14 Minutes 11 Seconds East 8.4 feet
thence South 63 Degrees 43 Minutes 35 Seconds East 9.2 feet
thence South 65 Degrees 21 Minutes 56 Seconds East 9.7 feet
thence South 70 Degrees 57 Minutes 27 Seconds East 9.9 feet
thence South 76 Degrees 23 Minutes 23 Seconds East 10.2 feet
thence South 80 Degrees 12 Minutes 18 Seconds East 9.4 feet
thence South 74 Degrees 32 Minutes 33 Seconds East 9.1 feet
thence South 79 Degrees 29 Minutes 21 Seconds East 8.8 feet
thence South 78 Degrees 22 Minutes 32 Seconds East 7.9 feet
thence North 84 Degrees 27 Minutes 20 Seconds East 9 feet
thence South 69 Degrees 44 Minutes 14 Seconds East 7 feet
thence South 78 Degrees 25 Minutes 30 Seconds East 8 feet
thence South 64 Degrees 47 Minutes 16 Seconds East 9.5 feet
thence South 78 Degrees 07 Minutes 36 Seconds East 3.9 feet
thence South 68 Degrees 29 Minutes 10 Seconds East 4.4 feet
thence South 79 Degrees 43 Minutes 18 Seconds East 4.5 feet
thence South 75 Degrees 50 Minutes 31 Seconds East 6.6 feet
thence North 75 Degrees 15 Minutes 31 Seconds East 6.6 feet
thence South 79 Degrees 06 Minutes 55 Seconds East 8.5 feet
thence South 67 Degrees 40 Minutes 14 Seconds East 10.7 feet
thence North 76 Degrees 26 Minutes 02 Seconds East 7.1 feet
thence South 73 Degrees 40 Minutes 19 Seconds East 11.5 feet
thence South 77 Degrees 55 Minutes 10 Seconds East 7.7 feet
thence South 81 Degrees 32 Minutes 50 Seconds East 10.8 feet
thence North 89 Degrees 42 Minutes 29 Seconds East 11.7 feet
thence South 85 Degrees 46 Minutes 01 Seconds East 10.4 feet
thence North 77 Degrees 48 Minutes 47 Seconds East 11.9 feet
thence North 84 Degrees 03 Minutes 47 Seconds East 8.3 feet
thence North 83 Degrees 31 Minutes 49 Seconds East 7.6 feet
thence North 82 Degrees 45 Minutes 50 Seconds East 6.5 feet
thence South 85 Degrees 11 Minutes 42 Seconds East 8.9 feet
thence North 66 Degrees 09 Minutes 02 Seconds East 6.2 feet
thence North 52 Degrees 55 Minutes 08 Seconds East 9.6 feet
thence North 65 Degrees 44 Minutes 38 Seconds East 8.1 feet
thence North 73 Degrees 36 Minutes 49 Seconds East 8.9 feet
thence North 67 Degrees 29 Minutes 32 Seconds East 10.8 feet
thence North 66 Degrees 08 Minutes 49 Seconds East 12.3 feet
thence North 65 Degrees 54 Minutes 13 Seconds East 12.2 feet
thence North 70 Degrees 24 Minutes 38 Seconds East 12.4 feet
thence North 72 Degrees 56 Minutes 40 Seconds East 14.2 feet
thence North 69 Degrees 09 Minutes 14 Seconds East 14 feet
thence North 68 Degrees 13 Minutes 02 Seconds East 13.4 feet
thence North 70 Degrees 08 Minutes 33 Seconds East 14.7 feet
thence North 72 Degrees 38 Minutes 03 Seconds East 14 feet
thence North 75 Degrees 25 Minutes 55 Seconds East 13.3 feet

thence North 78 Degrees 23 Minutes 56 Seconds East 12.5 feet
thence North 78 Degrees 07 Minutes 27 Seconds East 12.3 feet
thence North 78 Degrees 07 Minutes 44 Seconds East 12.3 feet
thence North 82 Degrees 06 Minutes 55 Seconds East 12.4 feet
thence North 82 Degrees 10 Minutes 17 Seconds East 12.5 feet
thence North 89 Degrees 42 Minutes 29 Seconds East 13.2 feet
thence North 89 Degrees 42 Minutes 29 Seconds East 13.6 feet
thence North 89 Degrees 42 Minutes 29 Seconds East 14.2 feet
thence North 89 Degrees 42 Minutes 29 Seconds East 14 feet
thence North 89 Degrees 42 Minutes 29 Seconds East 13.3 feet
thence North 89 Degrees 42 Minutes 29 Seconds East 12.3 feet
thence North 89 Degrees 42 Minutes 29 Seconds East 11.1 feet
thence North 89 Degrees 42 Minutes 29 Seconds East 10.2 feet
thence South 84 Degrees 54 Minutes 03 Seconds East 8.7 feet
thence North 89 Degrees 42 Minutes 29 Seconds East 9.4 feet
thence North 89 Degrees 42 Minutes 29 Seconds East 9.8 feet
thence North 89 Degrees 42 Minutes 29 Seconds East 10.6 feet
thence South 82 Degrees 49 Minutes 02 Seconds East 12.6 feet
thence North 89 Degrees 42 Minutes 29 Seconds East 11 feet
thence South 86 Degrees 13 Minutes 41 Seconds East 11.6 feet
thence North 85 Degrees 01 Minutes 16 Seconds East 10 feet
thence South 86 Degrees 16 Minutes 26 Seconds East 11.7 feet
thence North 89 Degrees 42 Minutes 29 Seconds East 12.1 feet
thence South 86 Degrees 22 Minutes 20 Seconds East 12 feet
thence North 89 Degrees 42 Minutes 29 Seconds East 12.3 feet
thence South 86 Degrees 32 Minutes 10 Seconds East 12.5 feet
thence South 86 Degrees 36 Minutes 28 Seconds East 12.8 feet
thence South 86 Degrees 37 Minutes 56 Seconds East 12.9 feet
thence North 89 Degrees 42 Minutes 29 Seconds East 12.6 feet
thence South 86 Degrees 28 Minutes 35 Seconds East 12.3 feet
thence South 82 Degrees 41 Minutes 56 Seconds East 12.4 feet
thence South 86 Degrees 26 Minutes 45 Seconds East 12.2 feet
thence South 86 Degrees 18 Minutes 26 Seconds East 11.8 feet
thence South 86 Degrees 16 Minutes 25 Seconds East 11.7 feet
thence South 82 Degrees 09 Minutes 48 Seconds East 11.6 feet
thence South 81 Degrees 52 Minutes 31 Seconds East 11.2 feet
thence South 85 Degrees 26 Minutes 05 Seconds East 9.7 feet
thence North 89 Degrees 42 Minutes 29 Seconds East 10 feet
thence South 82 Degrees 25 Minutes 33 Seconds East 6 feet
thence South 14 Degrees 12 Minutes 56 Seconds East 4.2 feet
thence South 75 Degrees 37 Minutes 31 Seconds East 6.5 feet
thence South 72 Degrees 04 Minutes 40 Seconds East 8 feet
thence South 57 Degrees 54 Minutes 55 Seconds East 9.1 feet
thence South 53 Degrees 57 Minutes 54 Seconds East 12.5 feet
thence South 50 Degrees 10 Minutes 31 Seconds East 7.6 feet
thence South 47 Degrees 53 Minutes 14 Seconds East 9.7 feet
thence South 44 Degrees 13 Minutes 44 Seconds East 12.5 feet

thence South 37 Degrees 19 Minutes 14 Seconds East 7.2 feet
thence South 43 Degrees 49 Minutes 12 Seconds East 9.1 feet
thence South 38 Degrees 40 Minutes 08 Seconds East 10.5 feet
thence South 43 Degrees 10 Minutes 59 Seconds East 10.1 feet
thence South 59 Degrees 10 Minutes 50 Seconds East 11.1 feet
thence South 43 Degrees 01 Minutes 48 Seconds East 11.2 feet
thence South 33 Degrees 47 Minutes 32 Seconds East 10.8 feet
thence South 21 Degrees 58 Minutes 06 Seconds East 14.1 feet
thence South 86 Degrees 10 Minutes 11 Seconds East 11.4 feet
thence South 52 Degrees 11 Minutes 06 Seconds East 10.6 feet
thence South 54 Degrees 45 Minutes 14 Seconds East 9.9 feet
thence South 51 Degrees 54 Minutes 51 Seconds East 9.3 feet
thence South 49 Degrees 31 Minutes 43 Seconds East 10.1 feet
thence South 55 Degrees 56 Minutes 10 Seconds East 10.2 feet
thence South 55 Degrees 30 Minutes 51 Seconds East 11.5 feet
thence South 56 Degrees 36 Minutes 05 Seconds East 11.8 feet
thence South 58 Degrees 19 Minutes 58 Seconds East 12.3 feet
thence South 59 Degrees 55 Minutes 24 Seconds East 13 feet
thence South 59 Degrees 54 Minutes 01 Seconds East 13 feet
thence South 59 Degrees 31 Minutes 38 Seconds East 14.4 feet
thence South 62 Degrees 35 Minutes 43 Seconds East 14.1 feet
thence South 66 Degrees 10 Minutes 49 Seconds East 14.1 feet
thence South 58 Degrees 55 Minutes 06 Seconds East 14.2 feet
thence South 62 Degrees 32 Minutes 41 Seconds East 14.2 feet
thence South 66 Degrees 00 Minutes 57 Seconds East 14 feet
thence South 62 Degrees 42 Minutes 43 Seconds East 14.1 feet
thence South 63 Degrees 22 Minutes 41 Seconds East 14.5 feet
thence South 63 Degrees 29 Minutes 48 Seconds East 14.6 feet
thence South 63 Degrees 33 Minutes 09 Seconds East 14.6 feet
thence South 60 Degrees 10 Minutes 55 Seconds East 14.7 feet
thence South 66 Degrees 30 Minutes 17 Seconds East 14.2 feet
thence South 63 Degrees 53 Minutes 49 Seconds East 14.8 feet
thence South 66 Degrees 46 Minutes 05 Seconds East 14.4 feet
thence South 67 Degrees 19 Minutes 45 Seconds East 14.7 feet
thence South 67 Degrees 19 Minutes 29 Seconds East 14.7 feet
thence South 70 Degrees 01 Minutes 00 Seconds East 14.2 feet
thence South 75 Degrees 35 Minutes 07 Seconds East 12.9 feet
thence South 74 Degrees 53 Minutes 22 Seconds East 12.4 feet
thence South 75 Degrees 14 Minutes 43 Seconds East 12.6 feet
thence South 75 Degrees 14 Minutes 43 Seconds East 12.6 feet
thence South 75 Degrees 48 Minutes 14 Seconds East 13.1 feet
thence South 75 Degrees 56 Minutes 43 Seconds East 13.2 feet
thence South 76 Degrees 02 Minutes 59 Seconds East 13.3 feet
thence South 75 Degrees 23 Minutes 54 Seconds East 12.8 feet
thence South 75 Degrees 10 Minutes 03 Seconds East 12.6 feet
thence South 71 Degrees 17 Minutes 21 Seconds East 12.6 feet
thence South 71 Degrees 05 Minutes 38 Seconds East 12.5 feet

thence South 67 Degrees 53 Minutes 48 Seconds East 12.9 feet
thence South 71 Degrees 40 Minutes 16 Seconds East 12.8 feet
thence South 64 Degrees 10 Minutes 40 Seconds East 13 feet
thence South 55 Degrees 15 Minutes 46 Seconds East 12.9 feet
thence South 61 Degrees 46 Minutes 13 Seconds East 12 feet
thence South 58 Degrees 07 Minutes 30 Seconds East 12.3 feet
thence South 61 Degrees 59 Minutes 12 Seconds East 12.1 feet
thence South 59 Degrees 27 Minutes 13 Seconds East 12.8 feet
thence South 63 Degrees 03 Minutes 31 Seconds East 12.5 feet
thence South 63 Degrees 59 Minutes 12 Seconds East 13 feet
thence South 75 Degrees 41 Minutes 42 Seconds East 13 feet
thence South 41 Degrees 26 Minutes 21 Seconds East 14.2 feet
thence South 68 Degrees 19 Minutes 46 Seconds East 13.2 feet
thence North 86 Degrees 30 Minutes 22 Seconds East 14.7 feet
thence South 75 Degrees 50 Minutes 16 Seconds East 13 feet
thence South 75 Degrees 37 Minutes 35 Seconds East 13.1 feet
thence South 75 Degrees 39 Minutes 28 Seconds East 13 feet
thence South 79 Degrees 04 Minutes 13 Seconds East 12.6 feet
thence South 86 Degrees 52 Minutes 34 Seconds East 13.8 feet
thence South 78 Degrees 58 Minutes 57 Seconds East 12.5 feet
thence South 74 Degrees 20 Minutes 48 Seconds East 11.9 feet
thence South 71 Degrees 13 Minutes 27 Seconds East 15.1 feet
thence South 75 Degrees 05 Minutes 20 Seconds East 12.5 feet
thence South 85 Degrees 37 Minutes 29 Seconds East 10.1 feet
thence South 71 Degrees 45 Minutes 47 Seconds East 12.9 feet
thence South 79 Degrees 35 Minutes 41 Seconds East 13.3 feet
thence South 83 Degrees 43 Minutes 59 Seconds East 14.4 feet
thence South 76 Degrees 33 Minutes 09 Seconds East 13.8 feet
thence South 70 Degrees 17 Minutes 15 Seconds East 14.4 feet
thence South 79 Degrees 54 Minutes 41 Seconds East 13.5 feet
thence South 86 Degrees 51 Minutes 49 Seconds East 14.3 feet
thence South 85 Degrees 05 Minutes 46 Seconds East 9.1 feet
thence South 79 Degrees 09 Minutes 20 Seconds East 12.7 feet
thence South 79 Degrees 09 Minutes 09 Seconds East 12.7 feet
thence South 78 Degrees 53 Minutes 38 Seconds East 12.5 feet
thence South 78 Degrees 55 Minutes 26 Seconds East 12.5 feet
thence South 82 Degrees 47 Minutes 37 Seconds East 12.6 feet
thence South 78 Degrees 37 Minutes 08 Seconds East 12.2 feet
thence South 70 Degrees 56 Minutes 35 Seconds East 12.4 feet
thence South 74 Degrees 57 Minutes 54 Seconds East 15.5 feet
thence South 76 Degrees 09 Minutes 10 Seconds East 13.4 feet
thence South 78 Degrees 58 Minutes 46 Seconds East 12.5 feet
thence South 78 Degrees 44 Minutes 51 Seconds East 12.5 feet
thence South 81 Degrees 28 Minutes 40 Seconds East 10.5 feet
thence South 85 Degrees 45 Minutes 09 Seconds East 10.4 feet
thence North 86 Degrees 01 Minutes 14 Seconds East 12.8 feet
thence South 75 Degrees 07 Minutes 30 Seconds East 12.5 feet

thence North 85 Degrees 23 Minutes 15 Seconds East 10.9 feet
thence South 69 Degrees 02 Minutes 28 Seconds East 15.8 feet
thence North 80 Degrees 09 Minutes 17 Seconds East 9.9 feet
thence North 86 Degrees 36 Minutes 36 Seconds East 15.2 feet
thence South 79 Degrees 04 Minutes 14 Seconds East 12.6 feet
thence South 58 Degrees 11 Minutes 42 Seconds East 10.8 feet
thence South 86 Degrees 35 Minutes 40 Seconds East 12.7 feet
thence South 49 Degrees 41 Minutes 12 Seconds East 7.6 feet
thence South 65 Degrees 40 Minutes 26 Seconds East 17.7 feet
thence South 60 Degrees 57 Minutes 58 Seconds East 13.4 feet
thence South 69 Degrees 23 Minutes 58 Seconds East 9.2 feet
thence South 62 Degrees 01 Minutes 40 Seconds East 13.9 feet
thence South 58 Degrees 58 Minutes 27 Seconds East 17.4 feet
thence South 56 Degrees 45 Minutes 06 Seconds East 10.4 feet
thence South 57 Degrees 06 Minutes 13 Seconds East 13.5 feet
thence South 52 Degrees 28 Minutes 07 Seconds East 13.4 feet
thence South 54 Degrees 45 Minutes 08 Seconds East 12.7 feet
thence South 54 Degrees 50 Minutes 21 Seconds East 12.7 feet
thence South 53 Degrees 47 Minutes 06 Seconds East 12.4 feet
thence South 49 Degrees 49 Minutes 15 Seconds East 12.6 feet
thence South 49 Degrees 31 Minutes 38 Seconds East 12.6 feet
thence South 51 Degrees 06 Minutes 17 Seconds East 11.7 feet
thence South 44 Degrees 13 Minutes 44 Seconds East 12.5 feet
thence South 46 Degrees 38 Minutes 12 Seconds East 11.9 feet
thence South 43 Degrees 31 Minutes 06 Seconds East 11.3 feet
thence South 54 Degrees 40 Minutes 12 Seconds East 12.7 feet
thence South 38 Degrees 40 Minutes 08 Seconds East 10.5 feet
thence South 44 Degrees 56 Minutes 37 Seconds East 11.5 feet
thence South 50 Degrees 46 Minutes 10 Seconds East 12.9 feet
thence South 46 Degrees 32 Minutes 48 Seconds East 9.5 feet
thence South 34 Degrees 10 Minutes 24 Seconds East 10.8 feet
thence South 25 Degrees 55 Minutes 58 Seconds East 10.9 feet
thence South 26 Degrees 21 Minutes 33 Seconds East 11.9 feet
thence South 29 Degrees 32 Minutes 33 Seconds East 12.2 feet
thence South 34 Degrees 30 Minutes 24 Seconds East 12.9 feet
thence South 44 Degrees 20 Minutes 17 Seconds East 12.6 feet
thence South 40 Degrees 26 Minutes 03 Seconds East 12.9 feet
thence South 32 Degrees 57 Minutes 11 Seconds East 13.7 feet
thence South 51 Degrees 31 Minutes 08 Seconds East 13 feet
thence South 44 Degrees 54 Minutes 23 Seconds East 13.8 feet
thence South 46 Degrees 30 Minutes 27 Seconds East 14.2 feet
thence South 47 Degrees 19 Minutes 07 Seconds East 14.4 feet
thence South 51 Degrees 35 Minutes 07 Seconds East 13.1 feet
thence South 55 Degrees 30 Minutes 51 Seconds East 11.5 feet
thence South 53 Degrees 14 Minutes 57 Seconds East 10.9 feet
thence South 59 Degrees 19 Minutes 43 Seconds East 9.6 feet
thence South 53 Degrees 57 Minutes 49 Seconds East 9.7 feet

thence South 61 Degrees 52 Minutes 32 Seconds East 8.6 feet
thence South 58 Degrees 17 Minutes 13 Seconds East 6.2 feet
thence South 51 Degrees 37 Minutes 39 Seconds East 5.3 feet
thence South 57 Degrees 10 Minutes 36 Seconds East 4.5 feet
thence South 57 Degrees 37 Minutes 49 Seconds East 6.1 feet
thence South 60 Degrees 07 Minutes 06 Seconds East 6.5 feet
thence South 56 Degrees 40 Minutes 36 Seconds East 7.4 feet
thence South 56 Degrees 57 Minutes 02 Seconds East 7.5 feet
thence South 58 Degrees 47 Minutes 25 Seconds East 7.9 feet
thence South 57 Degrees 17 Minutes 53 Seconds East 9 feet
thence South 62 Degrees 46 Minutes 40 Seconds East 8.9 feet
thence South 69 Degrees 29 Minutes 10 Seconds East 11.5 feet
thence South 66 Degrees 32 Minutes 09 Seconds East 10.2 feet
thence South 56 Degrees 33 Minutes 01 Seconds East 10.3 feet
thence South 68 Degrees 29 Minutes 30 Seconds East 13.3 feet
thence South 75 Degrees 58 Minutes 40 Seconds East 10 feet
thence South 74 Degrees 20 Minutes 44 Seconds East 11.9 feet
thence South 78 Degrees 05 Minutes 50 Seconds East 11.6 feet
thence South 86 Degrees 14 Minutes 22 Seconds East 11.6 feet
thence South 80 Degrees 44 Minutes 14 Seconds East 9.9 feet
thence South 67 Degrees 30 Minutes 09 Seconds East 8.5 feet
thence South 84 Degrees 42 Minutes 45 Seconds East 8.4 feet
thence South 82 Degrees 56 Minutes 47 Seconds East 6.4 feet
thence South 60 Degrees 49 Minutes 55 Seconds East 4.9 feet
thence South 74 Degrees 49 Minutes 53 Seconds East 3.2 feet
thence South 79 Degrees 29 Minutes 01 Seconds East 4.4 feet
thence South 74 Degrees 52 Minutes 32 Seconds East 2.9 feet
thence South 74 Degrees 53 Minutes 17 Seconds East 0.1 feet
thence South 74 Degrees 52 Minutes 36 Seconds East 1.1 feet

more or less to **the ending point at:** 37 degrees 06 minutes 50.94 seconds North Latitude and -112 degrees 35 minutes 33.67 seconds West Longitude, which can be converted to mapping accuracy State Plane Utah South Zone NAD 83 feet coordinates of X = 1,321,795.7 feet and Y = 10,007,299.3 feet.