# EXHIBIT 4

UNITED STATES
DEPARTMENT OF THE INTERIOR
GEOLOGICAL SURVEY

KANAB QUADRANGLE
UTAH-ARIZONA
7.5 MINUTE SERIES (TOPOGRAPHIC)




SCALE 1:24 000

CONTOUR INTERVAL 40 FEET

PRODUCED BY THE UNITED STATES GEOLOGICAL SURVEY
CONTROL BY .......... USGS, NOS/NOAA
COMPILED FROM AERIAL PHOTOGRAPHS TAKEN .......... 1976
FIELD CHECKED .......... 1981 MAP EDITED .......... 1985
PROJECTION .......... LAMBERT CONFORMAL CONIC
GRID: 1000-METER UNIVERSAL TRANSVERSE MERCATOR .......... ZONE 12
10,000-FOOT STATE GRID TICKS .......... UTAH, SOUTH ZONE
ARIZONA, WEST ZONE
ARIZONA, CENTRAL ZONE
UTM GRID DECLINATION .......... 0°57' WEST
1985 MAGNETIC NORTH DECLINATION .......... 13°30' EAST
VERTICAL DATUM .......... NATIONAL GEODETIC VERTICAL DATUM OF 1929
HORIZONTAL DATUM .......... 1927 NORTH AMERICAN DATUM

To place on the predicted North American Datum of 1983, move the projection lines as shown by dashed corner ticks (6 meters north and 67 meters east)

There may be private inholdings within the boundaries of any Federal and State Reservations shown on this map

All marginal data and lettering generated and positioned by automated type placement procedures

Where omitted, land lines have not been established

PROVISIONAL MAP
Produced from original manuscript drawings. Information shown as of date of field check. 2

THIS MAP COMPLIES WITH NATIONAL MAP ACCURACY STANDARDS
FOR SALE BY U.S. GEOLOGICAL SURVEY, DENVER, COLORADO 80225
OR RESTON, VIRGINIA 22092

QUADRANGLE LOCATION

ADJOINING 7.5' QUADRANGLE NAMES
1 Mount Carmel
2 White Tower
3 Cutler Point
4 Yellowjacket Canyon
5 Thompson Point
6 Kaibab
7 Fredonia
8 Shinarump Point

INTERIOR-GEOLOGICAL SURVEY, RESTON, VIRGINIA-1985

ROAD LEGEND
Improved Road
Unimproved Road
Trail
Interstate Route U.S. Route State Route

KANAB, UTAH-ARIZONA
PROVISIONAL EDITION 1985

37112-A5-TF-024