# EXHIBIT 5

PAGE 1

# TOWNSHIP 42 SOUTH RANGE 7 WEST OF THE SALT LAKE MERIDIAN, UTAH

FOR ORDERS EFFECTING DISPOSAL OR USE OF UNIDENTIFIED LANDS WITHDRAWN FOR CLASSIFICATION, MINERALS, WATER, AND/OR OTHER PUBLIC PURPOSES, REFER TO INDEX OF MISCELLANEOUS DOCUMENTS

| SECTION OR TRACT | NE ¼ NE | NE ¼ NW | NE ¼ SW | NE ¼ SE | NW ¼ NE | NW ¼ NW | NW ¼ SW | NW ¼ SE | SW ¼ NE | SW ¼ NW | SW ¼ SW | SW ¼ SE | SE ¼ NE | SE ¼ NW | SE ¼ SW | SE ¼ SE | LOTS | OTHER DESCRIPTION | ACRES | KIND OF ENTRY PURPOSE OF ORDER | SERIAL FILE ORDER NUMBER | DATE OF ACTION | DATE POSTED | —REMARKS— EG DATE CLOSED, TERMINATED, REJECTED OR RESCINDED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | All Secs. 16 & 36 | | Territorial Grant | Act of Cong. | 2/21/1855 | | Title to fix on approval of survey, subj to prior rights |
| | | | | | | | | | | | | | | | | | | All Secs. 2,16,32 & 36 | | SG | Act of Cong | 7/16/1894 | | Title to fix on approval of survey, subj to prior rights |
| 25 | | | | | | | | | | x | x | x | | | x | | | | 160.00 | HE Pat. | 338047 | 5/29/1913 (1) | | |
| 5 | x | x | x | x | x | x | x | x | | | | | x | x | x | x | | | 429.02 | | | | | |
| 6 | x | x | x | x | x | x | x | x | | | | | | | | | | | 267.71 | | | | | |
| 8 | x | x | x | x | | | | | | | | | x | x | x | x | | | 320 00 | | | | | |
| 12 | | | | | | | | | | | | | x | x | x | x | | | 160 00 | | | | | |
| 13 | x | x | x | x | | | | | x | x | x | x | x | x | x | x | | | 480.00 | | | | | |
| 14 | | | | | | | | | x | x | x | x | x | x | x | x | | | 320.00 | | | | | |
| 15 | | | | | | | | | | | x | x | x | x | x | x | | | 240.00 | | | | | |
| 17 | x | x | x | x | | | | | | | | | x | x | x | x | | | 320 00 | | | | | |
| 20 | x | x | x | x | | | | | | | | | | | | | | | 160 00 | | | | | |
| 21 | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | | 480.00 | | | | | |
| 22 | x | x | x | x | x | x | x | x | | | | | | | | | | | 320.00 | | | | | |
| 28 | | | | | x | x | x | x | x | x | x | x | | | | | | | 320 00 | | | | | |
| 29 | | | | | | | | | x | x | x | x | x | x | x | x | | | 320.00 | | | | | |
| 30 | | | | | | | | | x | x | x | x | x | x | x | x | | | 313.78 | | | | | |
| 31 | | | | | x | x | x | x | x | x | x | x | | | | | | 42S 4W, SL Mer | 307 32 | SD Wdl. | 115 | 11/19/1919 | | Rev. SO 686407 A 3/28/1939 |
| 3 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | 586.18 | | | | | |
| 4 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | 602 64 | | | | | |
| 5 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | 585.28 | | | | | |
| 6 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | 581 67 | EO Wdl. for Survey | 3971 | 3/12/1924 | | Survey Plat approved 6/5/1926 |
| 31 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | See remarks | 627 32 | OG Per. | SL 037821 | 9/24/1926 | | Other Tps 43S 8W, 43S 7W, SL Mer Canc 7/11/1929 |
| | | | | | | | | | | | | | | | | | | All Secs 2,16,32 & 36 | | SG Amends Act 7/16/1894 | Act of Cong | 1/25/1927 | | Extends Act 7/16/1894 to Min lands, subj. to prior rights |
| 25 | | | | | x | x | x | x | x | | | | | | | x | | | | | | | | |
| 26 | x | | x | x | | | | | | | | | x | x | | x | | | 480.00 | SRHE Pat. | 1010364 | 12/27/1927 | | |
| 5 | | | x | x | x | x | | x | | | | | | | | | | | | | | | | |
| 4 | | | | | | | x | | x | x | | | | x | x | x | | | | | | | | |
| 10 | | x | x | x | x | x | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | x | | x | x | | x | | | x | x | | | | | | | | |
| 14 | x | | | | | | | | | | | | | | | | | | | | | | | |
| 13 | | | x | | x | x | | x | | | | | x | x | | x | | | | | | | | |
| 24 | x | | | | | | | | | | | | | | | | | 42S 6W, SL Mer. | | R/W Tel | SL 046955 | 8/1/1928 | 12/19/1956 | Consolidated into Lse U 019787 Exp 12/31/1977 |
| 25 | x | | | x | | | | | | | | | x | | | | | 42S 6W, SL Mer. | 120 00 | HE Pat | 1036903 | 5/6/1930 | | |
| 5 | x | x | x | x | x | x | x | x | | | | | x | x | x | x | | | 429.02 | | | | | |
| 6 | x | x | x | x | x | x | x | x | | | | | | | | | | | 267.71 | | | | | |
| 8 | x | x | x | x | | | | | | | | | x | x | x | x | | | 320.00 | | | | | |
| 12 | | | | | | | | | | | | | x | x | x | x | | | 160.00 | | | | | |
| 13 | x | x | x | x | | | | | x | x | x | x | x | x | x | x | | | 480.00 | | | | | |
| 14 | | | | | | | | | x | x | x | x | x | x | x | x | | | 320.00 | | | | | |
| 15 | | | | | | | | | | | x | x | x | x | x | x | | | 240.00 | | | | | |
| 17 | x | x | x | x | | | | | | | | | x | x | x | x | | | 320.00 | | | | | |
| 20 | x | x | x | x | | | | | | | | | | | | | | | 160.00 | | | | | |
| 21 | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | | 480.00 | | | | | |
| 22 | x | x | x | x | x | x | x | x | | | | | | | | | | | 320.00 | | | | | |
| 28 | | | | | x | x | x | x | x | x | x | x | | | | | | | 320.00 | | | | | |
| 29 | | | | | | | | | x | x | x | x | x | x | x | x | | | 320.00 | | | | | |
| 30 | | | | | | | | | x | x | x | x | x | x | x | x | | | 313.78 | | | | | |
| 31 | | | | | x | x | x | x | x | x | x | x | | | | | | 1N 24E, SL Mer. | 307.32 | SO Rev SD Wdl | 686407 A | 3/28/1939 | | |
| 34 | | | | | | | | | | | | | | x | | | | See Plat | | RI Kinnickinnic Spring | 33 | 7/31/1940 | | |
| 14 | | | | | | x | | | | | | | | | | | | See Plat | | RI Sand Seep Ditch & Spring | 3-C-49 | 10/12/1944 | | Abandoned 8/18/1960. |
| 7 | x | | | x | | | | | | | | | x | | | x | | | 160.00 | OG Lse. | SL 067023 | 11/1/1948 | | Rel. 8/27/1951 |

130

T 42 S.
R 7 W.

KANE009784

# TOWNSHIP 42 SOUTH RANGE 7 WEST OF THE SALT LAKE MERIDIAN, UTAH

| Section or Tract | NE¼ NE | NE¼ NW | NE¼ SW | NE¼ SE | NW¼ NE | NW¼ NW | NW¼ SW | NW¼ SE | SW¼ NE | SW¼ NW | SW¼ SW | SW¼ SE | SE¼ NE | SE¼ NW | SE¼ SW | SE¼ SE | Lots | Other Description | Acres | Kind of Entry Purpose of Order | Serial File Order Number | Date of Action | Date Posted | —Remarks— E.G. Date Closed, Terminated, Rejected or Rescinded |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | | x | x | | | | | | | | | | | x | x | | | | 160.00 | | | | | |
| 19 | | | | | | | | | | | | | | | | | 1,2,3,4 | 42S 8W, SL Mer. | 147.12 | OG Lse. | SL 067051 | 11/1/1948 | | Rel. 8/27/1951 |
| 6 | | | | | | | | x | x | | | x | | | | | 10,11,12,13,14 | | 285.11 | | | | | |
| 7 | | | | | x | | | x | x | | | x | | | | | 1,2,3,4 | | 307.36 | | | | | |
| 18 | | | | | x | | | x | x | | | x | | | | | 1,2,3,4 | 42S 8W, SL Mer. | 307.36 | OG Lse. | SL 066953 | 11/1/1948 | | Part. Assigned. Part Term, 9/30/1960, SL 066953, A, List 10/1960. |
| 5 | | | | | | | | | | | | | | | | | 8,9,16,17 | | 146.91 | | | | | |
| 6 | | | x | x | | | | | | | | | x | x | x | x | 8,9 | | 296.56 | | | | | |
| 7 | | x | x | | | | | | | | | | | x | x | | | 41S 7W, SL Mer. | 160.00 | OG Lse. | SL 067040 | 10/1/1949 | | Term. 8/31/1961, List 9/1961. |
| 5 | | | | | | | | | | | | | | | | | See remarks | | | | | | | Lots 5,6,7,10,11,12,13,14,15,18,19,20 |
| 8 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | | | |
| 17 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | | | |
| 18 | x | x | x | x | | | | | | | | | x | x | x | x | | | | | | | | |
| 25 | x | x | x | x | x | x | x | x | x | | | | x | x | | x | | | 2520.37 | OG Lse. | U 07431 | 9/1/1952 | 9/9/1963 | Sec. 18: E½; Sec. 25: N½, NE¼SW¼, N½SE¼, SE¼SE¼, List 9/1960. Term. List 9/1963; Part Rel. Posted 9/1/1960, Sec. 5: Lots 7,10,15,18; Sec. 8: W½; Sec. 17: W½; |
| 19 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | | | |
| 20 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | | | |
| 29 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | | | |
| 30 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | 2534.56 | OG Lse. | U 07432 | 9/1/1952 | 9/9/1963 | E½W½, NE¼, List 9/1960. Term. List 9/1963; Part Rel. Posted 9/1/1960, Sec. 19: Lots 1-4, E½W½, E½; Sec. 30: Lots 1-4, |
| 3 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | 586.18 | | | | | |
| 4 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | 602.64 | | | | | |
| 9 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | 640.00 | | | | | |
| 10 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | 41S 7W, SL Mer. | 640.00 | OG Lse. | U 07433 | 9/1/1952 | 9/9/1963 | Term. List 9/1963; |
| 15 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | | | |
| 21 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | | | |
| 22 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | | | |
| 28 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | 2560.00 | OG Lse. | U 07434 | 9/1/1952 | 9/9/1963 | Term. List 9/1963; |
| 27 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | | | |
| 33 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | | | |
| 34 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | | | |
| 35 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | 2560.00 | OG Lse. | U 07435 | 9/1/1952 | 9/9/1963 | Part Rel. Posted 9/1/1960, Sec. 35: All, List 9/1960. Term. List 9/1963; |
| 11 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | | | |
| 14 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | | | |
| 23 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | | | |
| 26 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | 2560.00 | OG Lse. | U 07436 | 9/1/1952 | 9/9/1963 | Term. List 9/1963; |
| 1 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | | | |
| 12 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | | | |
| 13 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | | | |
| 24 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | 2536.28 | OG Lse. | U 07437 | 9/1/1952 | 9/9/1963 | Term. List 9/1963; |
| 31 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | 43S 7W, SL Mer. | 627.32 | OG Lse. | U 07438 | 9/1/1952 | 9/9/1963 | Term. List 9/1963; |
| 7 | x | | | x | | | | | | | | | x | | | x | | | 160.00 | OG Lse. | U 07503 | 9/1/1952 | 9/12/1960 | Term, List 9/1960. |
| M&B | | | | | | | | | | | | | | | | | | See Plat | | RI Three Lakes Hwy. Fence | 285 | 5/6/1953 | | Other Tp: 42S 6W, SL Mer. |
| M&B | | | | | | | | | | | | | | | | | | See Plat | | RI Dugway Fence | 341 | 4/22/1954 | | Abandoned 2/7/1958 |
| M&B | | | | | | | | | | | | | | | | | | See Plat | | RI Long Valley Kanab Fence | 334 | 6/30/1956 | | Other Tps: 42S 6W; 43S 7W; 43S 8W, SL Mer. |
| M&B | | | | | | | | | | | | | | | | | SEE PLAT | 42S 8W, SL MER. | | RI YELLOW JACKET CONTROL FENCE AND GUARD | 373 | 6/30/1957 | | |
| | | | | | Entire Township | | | | | | | | | | | | | 4N 5E, SL Mer. & etc. | | SO Wdl. Coal Lands | | 10/10/1906 (1) | | Rev by PLO 6313 9/15/1982 |
| 4 | | | | | | | | | | | | x | | | x | | | | | | | | | |
| 9 | x | x | | | | | | | | | | | | | | | | | | | | | | |
| 10 | | | x | | | x | x | x | x | | | | x | x | | | | | | | | | | |
| 11 | | | | | | | | | | x | x | x | | | x | | | | | | | | | |
| 13 | | | x | | | x | x | x | x | | | | x | x | | x | | | | | | | | |
| 14 | x | x | | x | x | | | | | | | | | | | | | 42S 6W, SL Mer. | | R/W Highway | U 031457 | 1/9/1959 | | |
| 19 | | | | | | | | x | | | | | | | | | | | | RI Clay Flat Well | 405 | 1/15/1958 | | |
| M&B | | | | | | | | | | | | | | | | | | See Plat; 42S 8W,SL Mer. | | RI Bay Bill Control Fence | 473 | 6/1/1959 | | |

Continued on Page 3.

130

# TOWNSHIP 42 SOUTH RANGE 7 WEST OF THE SALT LAKE MERIDIAN, UTAH

| SECTION OR TRACT | SUBDIVISION NE 1/4 | | | | NW 1/4 | | | | SW 1/4 | | | | SE 1/4 | | | | LOTS | OTHER DESCRIPTION | ACRES | KIND OF ENTRY PURPOSE OF ORDER | SERIAL FILE ORDER NUMBER | DATE OF ACTION | DATE POSTED | —REMARKS— E.G DATE CLOSED, TERMINATED, REJECTED OR RESCINDED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NE | NW | SW | SE | NE | NW | SW | SE | NE | NW | SW | SE | NE | NW | SW | SE | | | | | | | | |
| | FOR ORDERS EFFECTING DISPOSAL OR USE OF UNIDENTIFIED LANDS WITHDRAWN FOR CLASSIFICATION, MINERALS, WATER, AND/OR OTHER PUBLIC PURPOSES, REFER TO INDEX OF MISCELLANEOUS DOCUMENTS | | | | | | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | 16,17 | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | 14 7,8,9,10,11,13, | 41S 7W, SL Mer. | | R/W Highway | U 038594 | 3/2/1960 | | |
| M&B | | | | | | | | | | | | | | | | | | See remarks. | | RI Red Knoll P&C Fence | 487 | 4/30/1960 | | Secs. 21,22,23,26 |
| 3 | | | | | | | | | | | | | | | | | 17 | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | 9,10,14-16,19,20 | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | 5,6,7,12 | | | | | | | |
| 10 | x | x | | x | x | x | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | x | | x | x | | | | x | x | x | | | | | | | | |
| 13 | | | x | | x | x | | x | | | | | x | x | | | | | | | | | | |
| 14 | x | | | | | | | | | | | | | | | | | 41S 7W, SL Mer. | | R/W Trans. Line | U 053133 | 9/21/1960 | | Amdt 7/5/1983 |
| 5 | | | | | | | | | | | | | | | | | 7,10,15,18 | | | | | | | |
| 7 | x | | | x | | | | | | | | | x | | | x | | | | | | | | |
| 8 | | | | | x | x | x | x | x | x | x | x | | | | | | | | | | | | |
| 17 | | | | | x | x | x | x | x | x | x | x | | | | | | | | | | | | |
| 18 | x | x | x | x | | | | | | | | | x | x | x | x | | | | | | | | |
| 19 | x | x | x | x | x | | | x | x | | | x | x | x | x | x | 1,2,3,4 | | | | | | | |
| 30 | x | x | x | x | x | | | x | x | | | x | | | | | 1,2,3,4 | | 2361.41 | OG Lse. | U 055145 | 2/1/1961 | 2/7/1964 | Part Seg. Into Lse U 094634. Term. List 2/1964; |
| 35 | | | | | | | | | | | | | | | | | All | | 640.00 | OG Lse. | U 058246 | 3/1/1961 | 3/12/1963 | Term. List 3/1963; |
| 6 | | | | | | | | x | x | | | x | | | | | 10-14 | | | | | | | |
| 7 | | | | | x | | | x | x | | | x | | | | | 1,2,3,4 | | | | | | | |
| 18 | | | | | x | | | x | x | | | x | | | | | 1,2,3,4 | 41S 7W, SL Mer. | 899.83 | OG Lse. | U 058135 | 5/1/1961 | 5/10/1963 | Term. List 5/1963; |
| 5 | | | | | | | | | | | | | | | | | 8,9,16,17 | | | | | | | |
| 6 | | | x | x | | | | | | | | | x | x | x | x | 8,9 | | | | | | | |
| 7 | | x | x | | | | | | | | | | | x | x | | | 41S 7W, SL Mer. | 603.47 | OG Lse. | U 077053 | 2/1/1962 | 2/6/1967. | Term List 2/1967; |
| 25 | x | x | x | x | x | x | x | x | x | | | | x | x | | x | | 42S 6W, SL Mer. | 480.00 | OG Lse. | U 079323 | 4/1/1962 | 4/10/1963 | Term. List 4/1963; |
| 5 | | | | | | | | | | | | | | | | | 7,10,15,18 | | | | | | | |
| 7 | x | | | x | | | | | | | | | x | | | x | | | | | | | | |
| 8 | | | | | x | x | x | x | x | x | x | x | | | | | | | | | | | | |
| 17 | | | | | x | x | x | x | x | x | x | x | | | | | | | | | | | | |
| 18 | x | x | x | x | | | | | | | | | x | x | x | x | | | | | | | | |
| 19 | x | x | x | x | x | | | x | x | | | x | x | x | x | x | 1,2,3,4 | | | | | | | |
| 30 | | | | | x | | | x | x | | | x | | | | | 1,2,3,4 | | 2201.41 | OG Lse. | U 094634 | 7/31/1962 | 2/7/1964 | Seg. from Lse U 055145, 2/1/1961. Term. List 2/1964; |
| 6 | | | | | x | x | x | x | x | x | x | x | | | | | | | | | | | | |
| 7 | | | | | x | | | x | x | | | x | | | | | 1,2,3,4 | | | | | | | |
| 18 | | | | | x | | | x | x | | | x | | | | | 1,2,3,4 | | | | | | | |
| 20 | | | | | x | x | x | x | x | x | x | x | | | | | | 41S 7W, SL Mer. | 1021.54 | OG Lse. | U 0128653 | 1/1/1964 | 1/10/1966 | Term. List 1/1966; |
| 29 | | | | | | | | | | | | | | | | | All | | | | | | | |
| 30 | | | | | | | | | | | | | x | x | x | x | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | | All | | 1427.32 | OG Lse. | U 0133421 | 5/1/1964 | 5/9/1966 | Term. List 5/1966; |
| | Township Deficiency | | | | | | | | | | | | | | | | | | 23.28 | IL Base Lands | 287 | 6/29/1964 | | |
| 2 | | | x | x | | | x | x | x | x | x | x | x | x | x | x | 1,2,3,4 | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | All | | | | | | | |
| 32 | | | | | | | | | | | | | | | | | All | | | | | | | |
| 36 | | | | | | | | | | | | | | | | | All | IN 5E, SL Mer. | 2536.72 | State School Land Pat. | 43-65-0216 | 6/3/1965 | | U 0124706 D. Title passed 10/23/1965. |
| 9 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | | R/W Trans. Line | U 0147559 | 3/31/1966 | | |
| 4 | | | | | | | | | | | | | | | | | 7,8,9 | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | 12 5,6,7,8,9,10,11 | 41S 7W, SLM | 368.25 | OG Lse | U 9498 | 12/1/1969 | 2/14/1973 | Term List 2/1973. |
| 5 | | | | | | | | | | | | | | | | | 16,17 | | | | | | | |
| 6 | | | x | x | | | | x | x | | | x | x | x | x | x | 8-14 | | | | | | | |
| 7 | | x | x | | x | | | x | x | | | x | | x | x | | 1,2,3,4 | 41S 7W, SLM | 1128.16 | OG Lse | U 10100 | 1/1/1970 | | Term 1/1/1980; Sim List Sec 6 All 7/1980; Sim List 11/1982 |
| 19 | | | | | | | | | x | | | x | x | x | x | x | 3,4 | 41S 7W, 42S 8W, SLM | 313.58 | OG Lse | U 10819 | 3/1/1970 | 4/11/1972 | Term List 4/1972. |

130

T. 42 S.
R. 7 W.

Continued on page 4

# TOWNSHIP 42 SOUTH RANGE 7 WEST OF THE SALT LAKE MERIDIAN, UTAH

| SECTION OR TRACT | SUBDIVISION NE ¼ | | | | NW ¼ | | | | SW ¼ | | | | SE ¼ | | | | LOTS | OTHER DESCRIPTION | ACRES | KIND OF ENTRY -OR- PURPOSE OF ORDER | SERIAL FILE -OR- ORDER NUMBER | DATE OF ACTION | DATE POSTED | — REMARKS — E. G. DATE CLOSED, TERMINATED, REJECTED OR RESCINDED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NE | NW | SW | SE | NE | NW | SW | SE | NE | NW | SW | SE | NE | NW | SW | SE | | | | | | | | |
| | | | | | | | | | | | | | | | | | FOR ORDERS EFFECTING DISPOSAL OR USE OF UNIDENTIFIED LANDS WITHDRAWN FOR CLASSIFICATION, MINERALS, WATER, AND/OR OTHER PUBLIC PURPOSES, REFER TO INDEX OF MISCELLANEOUS DOCUMENTS | | | | | | | |
| 18 | | | | | | | | | x | | | x | x | x | x | x | 3,4 | 41S 7W, SLM | 313.64 | OG Lse | U 10816 | 3/1/1970 | 4/11/1972 | Term List 4/1972. |
| 18 | x | x | x | x | x | | | x | | | | | | | | | 1,2 | | | | | | | |
| 19 | x | x | x | x | x | | | x | | | | | | | | | 1,2 | | 627.26 | OG Lse | U 10813 | 3/1/1970 | 4/11/1972 | Term List 4/1972. |
| 5 | | | | | | | | | | | | | | | | | 14,15,18,19 | | | | | | | |
| 7 | x | | | x | | | | | | | | | x | | | x | | 41S 7W, SLM | 318.26 | OG Lse | U 10845 | 4/1/1970 | 5/13/1971 | Term List 5/1971. |
| 30 | | | | | | | | | x | | | x | x | x | x | x | 3,4 | 43S 7W, SLM | 313.78 | OG Lse | U 11057 | 4/1/1970 | 5/10/1972 | Term List 5/1972. |
| 30 | x | x | x | x | x | | | x | | | | | | | | | 1,2 | 43S 7W, SLM | 313.62 | OG Lse | U 11025 | 4/1/1970 | 5/10/1972 | Term List 5/1972. |
| 31 | | | | | | | | | | | | | | | | | All | 43S 8W, SLM | 657.32 | OG Lse | U 11056 | 6/1/1970 | 7/14/1971 | Term List 7/1971. |
| 8 | | | | | | | | | | | | | | | | | All | 43S 7W, SLM | 640.00 | OG Lse | U 11640 | 6/1/1970 | 7/14/1971 | Term List 7/1971. |
| | | | | | | | | | | | | | | | | | | | | | | | | segrs from entry, loc, and sel: Sec. 4, Lots 5,6,11,12. |
| | All public lands adm by BLM in entire Township | | | | | | | | | | | | | | | | | | | Mgmt Proposed Cl for Multiple Use | U 5699 | 8/12/1970 | | sec. 334) and from sales under sec. 2455 R.S. (43 U.S.C. 1171). Cl 11/3/1970. Also Segrs from appropriation under the agri land laws (43 U.S.C., Parts 7 & 9; 25 U.S.C., |
| | " | | | " | | | " | | | | " | | | " | | | | | | Cl for Multiple Use Mgmt | U 5699 | 11/3/1970 | | Term by SD Order 4/9/1982 " " " " " " " " |
| 7 | x | | | x | | | | | | | | | x | | | x | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | All | | | | | | | |
| 9 | | | | | x | x | x | x | x | x | x | x | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | All | 42S 8W, SLM | 1760.00 | OG Lse | U 19621 | 9/1/1972 | 10/2/1975 | Term |
| 29 | | | | | | | | | | | | | | | | | All | | | | | | | |
| 30 | x | x | x | x | x | | | x | x | | | x | x | x | x | x | 1-4 | | | | | | | |
| 31 | x | x | x | x | x | | | x | x | | | x | x | x | x | x | 1-4 | 42S 8W, SLM | 1894.76 | OG Lse | U 19622 | 9/1/1972 | 10/2/1975 | Term |
| 18 | | | | | | | | | | | | | | | | | All | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | All | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | All | 42S 8W, SLM | 1894.48 | OG Lse | U 19623 | 10/1/1972 | 10/31/1975 | Term List 12/1975. |
| 4 | | | | | | | | | | | | | | | | | 5,6,10-20 | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | 13-15,18-20 | | | | | | | |
| 9 | x | x | x | x | | | | | | | | | x | x | x | x | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | | All | | | | | | | |
| 28 | | | | | | | | | | | | | | | | | All | | 2341.84 | OG Lse | U 21680 | 3/1/1973 | 4/11/1974 | Term List 4/1974. |
| 35 | | | | | | | | | | | | | | | | x | | 42S 6W, 43S 7W, SLM | | R/W Power Line | U 14409 | 4/24/1974 | | Expires 4/23/2024. |
| 4 | | | | | | | | | | | | | | | | | 5,6,10-20 | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | 13-15,18-20 | | | | | | | |
| 9 | x | x | x | x | | | | | | | | | x | x | x | x | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | | All | | | | | | | |
| 28 | | | | | | | | | | | | | | | | | All | | 2341.84 | OG Lse | U 26012 | 6/1/1974 | | Sec 9,E½, 11/30/1992; Part Assigned. Term 6/1/1983 ; Sim List Sec 9: SE¼ 9/1983 ; Relist 8/1985; OG Comp |
| 1 | | | x | x | | | x | x | x | x | x | x | x | x | x | x | 1-4 | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | All | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | All | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | All | | 2536.28 | OG Lse | U 31345 | 12/1/1975 | | Secs 12 & 13: All; 12/1977 ; Term 12/1/1983; OG Comp Sec 11,W½, 11/30/1992; Part Rel Lands remaining Sec 11: W½; 11/17/1977; List only Sec 1: All, Sec 11: E½, |
| 14 | | | | | | | | | | | | | | | | | All | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | All | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | All | | | | | | | OG Comp Sec 14,NW¼,Sec 15,N½,SW¼, 11/30/1992; |
| 23 | | | | | | | | | | | | | | | | | All | | 2560.00 | OG Lse | U 31346 | 12/1/1975 | | NE¼, S½, Sec 15: SE¼, Secs 22 & 23: All; 12/1977 ; Term 12/1/1983 Sim List 10/1984 Part Rel Lands remaining Sec 14: NW¼; Sec 15: N½, SW¼; 11/17/1977 ; List only Sec 14: |
| 24 | | | | | | | | | | | | | | | | | All | | | | | | | |
| 25 | x | x | x | x | x | x | x | x | x | | | | x | x | | x | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | | All | | | | | | | |
| 27 | | | | | | | | | | | | | | | | | All | | 2400.00 | OG Lse | U 31347 | 12/1/1975 | | Term 12/1/1977 List 3/1978 Relist 9/1978 |
| 33 | | | | | | | | | | | | | | | | | All | | | | | | | |
| 34 | | | | | | | | | | | | | | | | | All | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | All | | 1920.00 | OG Lse | U 31344 | 1/1/1976 | | Term 1/1/1978 List 4/1978 Relist 10/1978 |
| 7 | x | | | x | | | | | | | | | x | | | x | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | All | | | | | | | |
| 9 | | | | | x | x | x | x | x | x | x | x | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | All | | 1760.00 | OG Lse | U 31684 | 1/1/1976 | | Term 1/1/1984 Sim List 10/1984 OG Comp Sec 9,W½, 11/30/1992; |

Continued on Page 5

PAGE 5

# TOWNSHIP 42 SOUTH RANGE 7 WEST OF THE SALT LAKE MERIDIAN, UTAH

K&E 10 7186 5-77 MC6302

FOR ORDERS EFFECTING DISPOSAL OR USE OF UNIDENTIFIED LANDS WITHDRAWN FOR CLASSIFICATION, MINERALS, WATER, AND/OR OTHER PUBLIC PURPOSES, REFER TO INDEX OF MISCELLANEOUS DOCUMENTS

| SECTION OR TRACT | SUBDIVISION NE ¼ NE | NE ¼ NW | NE ¼ SW | NE ¼ SE | NW ¼ NE | NW ¼ NW | NW ¼ SW | NW ¼ SE | SW ¼ NE | SW ¼ NW | SW ¼ SW | SW ¼ SE | SE ¼ NE | SE ¼ NW | SE ¼ SW | SE ¼ SE | LOTS | OTHER DESCRIPTION | ACRES | KIND OF ENTRY —OR— PURPOSE OF ORDER | SERIAL FILE —OR— ORDER NUMBER | DATE OF ACTION | DATE POSTED | —REMARKS— E. G. DATE CLOSED, TERMINATED, REJECTED OR RESCINDED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | | | | | | | | | | | | | | | | | | All | | | | | | |
| 30 | | | | | | | | | | | | | | | | | | All | | | | | | |
| 31 | | | | | | | | | | | | | | | | | | All | 1894.76 | OG Lse | U 31685 | 1/1/1976 | | Term 1/1/1984 Sim List 10/1984 |
| 18 | | | | | | | | | | | | | | | | | | All | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | All | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | All | 1894.48 | OG Lse | U 31871 | 2/1/1976 | | Term 2/1/1979; Sim List 4/1979 |
| 10 | | | | | | | | | | | | | | | | | | All | 640.00 | OG Lse | U 32211 | 4/1/1976 | | Term 3/19/1984; OG Comp 11/30/1992; |
| 21 | | | | | | | | | | | | | | | | | | All | | | | | | |
| 28 | | | | | | | | | | | | | | | | | | All | 1280.00 | OG Lse | U 26012 A | 6/1/1976 | | Asgn out of Lse U 26012 6/1/1974; Term 6/1/1984 Sim List 10/1984 |
| 3 | | | | | | | | | | | | | | | | | 5-20 | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | 7-9 | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | 5-12 | | 955.13 | OG Lse | U 36406 | 1/1/1977 | | Term 1/1/1984; OG Comp Sec Lots 13-20, 11/30/1992; |
| 14 | X | X | X | X | | | | | X | X | X | X | X | X | X | X | | | | | | | | |
| 15 | | | | | | | | | | | | | X | X | X | X | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | | All | | | | | | |
| 23 | | | | | | | | | | | | | | | | | | All | 1920.00 | OG Lse | U 39452 | 5/1/1978 | | Term 5/1/1985; Sim List 10/1/1985;OG Comp Sec 14, NE¼S½,Sec 15,SE¼,11/30/1992; |
| 1 | | | | | | | | | | | | | | | | | | All | | | | | | |
| 11 | X | X | X | X | | | | | | | | | X | X | X | X | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | All | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | All | 2216.28 | OG Lse | U 39451 | 6/1/1978 | | Term 6/1985; Sim List 10/1/1985;OG Comp Sec 11,E½,11/30/1992; |
| 33 | | | | | | | | | | | | | | | | | | All | | | | | | |
| 34 | | | | | | | | | | | | | | | | | | All | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | All | 1920.00 | OG Lse | U 41756 | 1/1/1979 | | Term 1/1/1986;Sim List 6/1986 |
| 24 | | | | | | | | | | | | | | | | | | All | | | | | | |
| 25 | X | X | X | X | X | X | X | X | X | | | | X | X | | X | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | | | All | | | | | | |
| 27 | | | | | | | | | | | | | | | | | | All | 2400.00 | OG Lse | U 41453 | 3/1/1979 | | Term 3/1/1986; Sim List 8/1986; |
| 18 | | | | | | | | | | | | | | | | | | All | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | All | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | All | 1894.48 | OG Lse | U 43125 | 7/1/1979 | | Term 7/1985 Sim List 12/1985;OG Comp Sec 18,All,Sec 19,All, 11/30/1992; |
| 6 | | | | | | | | | | | | | | | | | | All | 581.67 | OG Lse | U 46603 | 6/1/1981 | | Term 6/1/1987; Sim List 10/1987; |
| | All Public Lands Adm by BLM in Entire Township | | | | | | | | | | | | | | | | | | | SD Order Term Cl | U 5699 | 4/9/1982 | | Rest Eff 10:00 AM 9/3/1982 |
| | ENTIRE TOWNSHIP | | | | | | | | | | | | | | | | | | | 1906<br>PLO Rev Wdl Coal Land 10/10/ | 6313 | 9/15/1982 | | U 50068; Rest Eff 10:00 AM 9/15/1982 |
| 13 | | | | | | | X | | | | | | | | | | | | | | | | | |
| 22 | X | | | X | | | | | | | | | | | | | | | 120.00 | Intpr Wdl PW Res 107 | U 52734 | 2/4/1983 | | |
| 5 | | | | | | | | | | | | | | | | | 16,17 | | | | | | | |
| 7 | | X | X | | X | | | X | X | | | X | | X | X | | 1-4 | | 546.49 | OG Lse | U 52195 | 4/1/1987 | | Term 4/1992; OG Comp 9/1/1992; |
| 11 | | | | | | | | | | | | | | | | | | All | 640.00 | OG Lse | U 69636 | 1/1/1993 | | Term 1/1/1995; |
| 15 | | | | | | | | | | | | | | | | | | All | 640.00 | OG Lse | U 69637 | 1/1/1993 | | Term 1/1/1995; OG Comp 9/7/1995; |
| 3 | | | | | | | | | | | | | | | | | 15,16,17,18 | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | All | 785.03 | OG Lse | U 69638 | 1/1/1993 | | Exp 12/31/2002; |
| 10 | | | | | | | | | | | | | | | | | | All | 640.00 | OG Lse | U 69639 | 1/1/1993 | | Term 1/1/1999; |
| 14 | | | | | | | | | | | | | | | | | | All | 640.00 | OG Lse | U69640 | 1/1/1993 | | Term 1/1/1995; OG Comp Sec 14,S½ 9/7/1995; |
| 3 | | | | | | | | | | | | | | | | | 13,14,19,20 | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | All | 784.79 | OG Lse | U 69641 | 1/1/1993 | | Term 1/1/1994; |
| 9 | | | | | | | | | | | | | | | | | | All | 640.00 | OG Lse | U 69642 | 1/1/1993 | | Term 1/1/1994; |
| 24 | | | | | | | | | | | | | | | | | | M&B | 2.20 | R/W Access Road | U 73845 | 7/5/1995 | | |
| 14 | | | | | | | | | X | X | X | X | X | X | X | X | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | All | 960.00 | OG Lse | U 76596 | 10/1/1997 | | Term 10/1/2004; |

130

T 42S
R 7W
PAGE 5
VJ 3/29/2005

PAGE 6

# TOWNSHIP 42 SOUTH RANGE 7 WEST OF THE SALT LAKE MERIDIAN, UTAH

| SECTION OR TRACT | SUBDIVISION NE ¼ | | | | NW ¼ | | | | SW ¼ | | | | SE ¼ | | | | LOTS | OTHER DESCRIPTION | ACRES | KIND OF ENTRY —OR— PURPOSE OF ORDER | SERIAL FILE —OR— ORDER NUMBER | DATE OF ACTION | DATE POSTED | —REMARKS— E. G. DATE CLOSED, TERMINATED, REJECTED OR RESCINDED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NE | NW | SW | SE | NE | NW | SW | SE | NE | NW | SW | SE | NE | NW | SW | SE | FOR ORDERS EFFECTING DISPOSAL OR USE OF UNIDENTIFIED LANDS WITHDRAWN FOR CLASSIFICATION, MINERALS, WATER, AND/OR OTHER PUBLIC PURPOSES, REFER TO INDEX OF MISCELLANEOUS DOCUMENTS | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | | All | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | All | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | All | | | | | | |
| 21 | | | | | | | | | | | | | | | | | | All | | | | | | |
| 28 | | | | | | | | | | | | | | | | | | All | | | | | | |
| 29 | | | | | | | | | | | | | | | | | | All | | | | | | |
| 30 | | | | | | | | | | | | | | | | | | All | | | | | | |
| 31 | | | | | | | | | | | | | | | | | | All | 5,081.88 | OG Lse | U 78770 | 7/01/2000 | | Term 7/1/2004; |
| 3 | | | | | | | | | | | | | | | | | | M&B | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | M&B | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | M&B | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | M&B | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | M&B | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | M&B | | R/W Fiber Optic Line | U 78938 | 8/24/2001 | | Exp. 8/24/2021 |
| 24 | | | | | | | | | | | | | | | | | | M&B | | R/W Wells, Road, & Pipeline | U 79702 | 4/1/2002 | | Closed 7/25/2007; |
| 6 | | | | | | | | | | | | | | | | | | All | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | All | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | All | | | | | | |
| 9 | | | | | X | X | X | X | X | X | X | X | X | X | X | X | | | 2329.03 | OG Lse | U 80669 | 6/1/2003 | | Term 6/1/2004; |
| 24 | | | | | | | | | | | | | | | | | | M&B | | R/W Water Facilities | U 77910 | 12/20/1999 | | Amdt 7/25/2007; |
| 24 | | | | | | | | | | | | | | | | | | M&B | | R/W Distribution & Service Line | U 78913 | 10/6/2004 | | |
| 26 | | | | | | | | | | | | | | | | | | M&B | 0.83 | R/W Access Road | U 82988 | 7/25/2008 | | |
| 26 | | | | | | | | | | | | | | | | | | M&B | 1.14 | R/W Access Road | U 82989 | 7/25/2008 | | |
| 24 | | | | | | | | | | | | | | | | | | M&B | 2.27 | R/W Access Road | U 82998 | 7/25/2008 | | |
| 34 | | | | | | | | | | | | | | | | | | M&B | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | M&B | 9.41 | R/W Access Road | U 82999 | 7/25/2008 | | |
| 34 | | | | | | | | | | | | | | | | | | M&B | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | M&B | 9.28 | R/W Access Road | U 83004 | 7/25/2008 | | |

130

T 42 S
R 7 W
PAGE 6
RA 10/17/2008

☆U S GOVERNMENT PRINTING OFFICE 1979–679 288