THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| KANE COUNTY, UTAH, a Utah political subdivision, and the STATE OF UTAH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER FINDING MOOT [22] MOTION TO INTERVENE**<br><br>Case No. 4:25-cv-00090 DN-PK<br><br>District Judge David Nuffer |

Southern Utah Wilderness Alliance ("SUWA") filed a Motion to Intervene as of Right and Memorandum in Support ("Motion to Intervene").[1] SUWA seeks to intervene for the limited purpose of addressing the parties' dispute concerning the Complaint's first cause of action for quiet title of the K1100 Hancock Road.[2]

After SUWA filed its motion, Defendant United States disclaimed its interest in Hancock Road.[3] The Court subsequently confirmed that disclaimer and, by order, directed Plaintiffs Kane County and State of Utah ("Plaintiffs") to amend their Complaint to identify the sole remaining dispute, concerning K1075 Cave Lakes Road.[4] Plaintiffs thereafter filed an Amended Complaint, limiting the action to the remaining dispute concerning K1075.[5] Because issues related to the K1000 Hancock Road have been removed from this case, SUWA's Motion to Intervene is moot.

[1] Motion to Intervene, docket no. 22, filed January 26, 2026.

[2] *Id.* at 2, n.1 ("SUWA's interest in this case is specifically focused on the K100 Hancock Road.").

[3] Partial Quiet Title Act Disclaimer K1100 Hancock Road, docket no. 36, filed June 3, 2026.

[4] Order Confirming Partial Quiet Title Act Disclaimers, docket no. 47, filed August 14, 2026.

[5] Amended Complaint, docket no. 53, filed September 9, 2026.

**ORDER**

IT IS HEREBY ORDERED THAT SUWA's Motion to Intervene[6] is found MOOT.

Signed September 10, 2026.

BY THE COURT

David Nuffer
United States District Judge

[6] Proposed Intervenor-Defendant SUWA's Motion to Intervene as of Right and Memorandum in Support, docket no. 22, filed January 26, 2026.