**IN THE UNITED STATES JUDICIAL DISTRICT COURT FOR THE DISTRICT OF UTAH, SOUTHERN REGION OF THE CENTRAL DIVISION**

| | |
|---|---|
| KANE COUNTY, UTAH, a Utah political subdivision, and the STATE OF UTAH,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | **ORDER STAYING PROCEEDINGS**<br><br>Case No. 4:25-cv-00090 DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

This matter came before the Court upon Plaintiffs Kane County, Utah's and the State of Utah's unopposed motion to stay or consolidate these proceedings. For the good cause shown, it is hereby ORDERED that the case is stayed.

IT IS SO ORDERED.

DATED this ____ day of September, 2026.

BY THE COURT:

______________________________
Judge David Nuffer
United States District Court Judge