IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KANE COUNTY, UTAH (1), a Utah political subdivision,<br><br>Plaintiff,<br><br>STATE OF UTAH,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant,<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE and THE WILDERNESS SOCIETY,<br><br>Defendant-Intervenors. | **ORDER AMENDING CONSOLIDATION OF CASES**<br><br>Original Lead<br>Case No. 2:08-cv-0315-CW<br><br>Amended Consolidation<br>Case No. 2:10-cv-1073-CW<br><br>Related Case No. 4:25-cv-0090<br><br>Judge Clark Waddoups |

This Order pertains to the K1075 Cave Lakes Road. The road originally was at issue in *Kane County, Utah (1) v. United States*, No. 2:08-cv-0315-CW, wherein Kane County, Utah and the State of Utah (collectively, "Plaintiffs") sought to quiet title to K1075 as an R.S. 2477 highway. Ultimately, however, the claim was dismissed for lack of subject matter jurisdiction. *Kane Cnty., Utah v. United States*, 772 F.3d 1205, 1214, 1223 (10th Cir. 2014), *abrogated on other grounds by Wilkins v. United States*, 598 U.S. 152 (2023).

In 2025, Kane County filed a new action to quiet title pertaining, in part, to the K1075 Cave Lakes Road, captioned as *Kane County, Utah v. United States*, No. 4:25-cv-0090. A key issue when determining title will be whether proof should be by clear and convincing evidence or by

preponderance of the evidence.

On September 28, 2026, the new action was consolidated into *Kane County, Utah (1)*. Order, at 3 (ECF No. 60 in Case No. 4:25-cv-0090; ECF No. 440 in Case No. 2:08-cv-0315). The present procedural posture of *Kane County, Utah (1)*, however, does not pertain to title. It only pertains to the scope of three roads on remand.

Title issues, including the proper burden of proof, do remain at issue in *Kane County, Utah (2) v. United States*, 2:10-cv-1073-CW. Additionally, Plaintiffs' original motion alternatively requested consolidation into the latter case. Unopposed Mot. to Stay or Consolidate, at 4 (ECF No. 56 in Case No. 4:25-cv-0090).

Based on the foregoing, the court ORDERS that the consolidation of Case No. 4:25-cv-0090 be modified so that it is consolidated into *Kane County, Utah (2) v. United States*, 2:10-cv-1073-CW, rather than *Kane County, Utah (1) v. United States*, 2:08-cv-315-CW. All future filings pertaining to the K1075 Cave Lakes Road or Case No. 4:25-cv-0090 shall be filed in *Kane County, Utah (2)*.

SO ORDERED this 4th day of November, 2026.

BY THE COURT:

Clark Waddoups
United States District Judge